IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAKOTA RESOURCE COUNCIL,** et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **U.S. DEPARTMENT OF THE INTERIOR,** et al., <br><br> Defendants. | Case No. 1:22-cv-01853-CRC <br><br> **PROOF OF SERVICE EXECUTED AS TO U.S. ATTORNEY** |

  Plaintiffs, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(l).  On July 1, 2022, copies of the summons, complaint, plaintiffs' corporate disclosure certificates, and the court's notice of availability of a magistrate judge and consent form in the above captioned matter were mailed via U.S. Postal Service first class certified mail, return receipt requested, addressed as follows:

| | |
|---|---|
| U.S. Department of the Interior<br>1849 C. Street N.W.<br>Washington, D.C. 20240 | Tracy Stone-Manning, Director<br>U.S. Bureau of Land Management<br>1849 C Street N.W.<br>Washington, D.C. 20240 |
| Debra Haaland, Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Civil Process Clerk<br>The U.S. Attorney's Office<br>District of Columbia<br>601 D Street, NW<br>Washington, DC 20530 |
| U.S. Bureau of Land Management<br>Department of the Interior<br>1849 C Street N.W.<br>Washington, D.C. 20240 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |

  Attached hereto are an affidavit of mailing, U.S. Postal Service tracking information, and receipts for the above referenced certified mailing addressed to the Civil Process Clerk showing

PROOF OF SERVICE – U.S. ATTORNEY  1

service was completed by delivery of the summons and complaint to the office of the U.S. Attorney for the District of Columbia on July 8, 2022.

Plaintiffs have filed two other Return/Proof of Service documents in this matter, as separate docket entries, showing delivery of the summons and complaint to the above named federal defendants on July 7, 2022; and to the U.S. Attorney General on July 8, 2022.  Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully submitted this 12th day of July 2022,

/s/ Barbara Chillcott
Barbara L. Chillcott (D. D.C. Bar No. MT007)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
chillcott@westernlaw.org

*Counsel for Plaintiffs*