UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:22-cv-1853<br>)<br>)<br>)<br>)<br>) |

_____

**THE STATE OF NORTH DAKOTA'S
MOTION TO INTERVENE AS DEFENDANT-INTERVENOR**
_____

The State of North Dakota ("North Dakota") submits this motion to intervene as a defendant-intervenor pursuant to Federal Rule of Civil Procedure 24(a)(2) and Local Rule 7(j) of this Court.  North Dakota respectfully requests that the Court grant North Dakota's motion to intervene as a defendant-intervenor as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

In accordance with Local Rule 7(m), undersigned counsel for prospective Intervener-Defendant North Dakota has conferred with counsel for Plaintiffs and Counsel for Defendants.  Plaintiffs take no position on North Dakota's motion to

1

intervene. Federal Defendants take no position at the time of this filing but reserve the opportunity to respond to North Dakota's motion to intervene.

In support of the relief requested herein, North Dakota is concurrently submitting the attached memorandum in support of this motion, setting forth the basis for its intervention.

Respectfully submitted this 22 day of July 2022,

        DREW H. WRIGLEY
        ATTORNEY GENERAL
        STATE OF NORTH DAKOTA

        /s/ *Paul M. Seby*
        Paul M. Seby
        Special Assistant Attorney General
        Greenberg Traurig, LLP
        1144 15th St, Suite 3300
        Denver, CO 80202
        Phone: (303) 572-6584
        Email: sebyp@gtlaw.com

        Matthew Sagsveen
        Solicitor General
        600 E. Boulevard Ave Dept. 125
        Bismarck ND 58505
        Phone: (701) 328-2595
        Email: masagsve@nd.gov

        COUNSEL FOR APPLICANT IN
        INTERVENTION STATE OF
        NORTH DAKOTA

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22 day of July 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul M. Seby*