UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL, ET. AL.,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>     *Defendants*,<br><br>&<br><br>STATE OF NORTH DAKOTA,<br><br>     *Defendant-Intervenor*. | No. 1:22-cv-1853-CRC |

## MOTION BY THE STATES OF MONTANA, OKLAHOMA, UTAH, AND WYOMING TO INTERVENE AS DEFENDANT-INTERVENORS

The States of Montana, Oklahoma, Utah, and Wyoming ("Proposed Intervenor States") submit this motion to intervene as a defendant-intervenor pursuant to Federal Rule of Civil Procedure 24(a)(2) and Local Rule 7(j) of this Court. The Proposed Intervenor States respectfully requests

that the Court grant the States' motion to intervene as a defendant-intervenors as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

In accordance with Local Rule 7(m), undersigned counsel for the Proposed Intervenor States has conferred with counsel for Plaintiffs and Counsel for Defendants.  Plaintiffs take no position on the Proposed Intervenor States' motion to intervene.  Intervenor-Defendant North Dakota does not oppose the motion.  Federal Defendants did not respond at the time of this filing.

In support of the relief requested herein, the Proposed Intervenor States are concurrently submitting the attached memorandum in support of this motion, setting forth the basis for its intervention.

Respectfully submitted this 26th day of August 2022.

    SEAN D. REYES
    Utah Attorney General

    */s/ Melissa A. Holyoak*
    Melissa A. Holyoak
      Solicitor General
    Office of the Utah Attorney General
    160 E. 300 S., 5th Floor
    Salt Lake City, UT 84114
    melissaholyoak@agutah.gov
    Tel.:  801-366-0260
    Fax:  801-538-1121

*Counsel for the State of Utah*

Austin Knudsen
Montana Attorney General

DAVID M.S. DEWHIRST*
  *Solicitor General*
KATHLEEN L. SMITHGALL*
  *Assistant Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
kathleen.smithgall@mt.gov

Bridget Hill
Wyoming Attorney General

TRAVIS JORDAN
  *Senior Assistant Attorney General*
JAMES KASTE
  *Deputy Attorney General*
Wyoming Attorney General's Office
2320 Capital Avenue
Cheyenne, WY 82002
Telephone:  (307) 777-7895
Fax:  (307) 777-3542
travis.jordan@wyo.gov
james.kaste@wyo.gov

*Attorneys for State of Wyoming*

        John M. O'Connor
        Attorney General of Oklahoma

        BRYAN CLEVELAND
         *Deputy Solicitor General*
        313 NE 21st Street
        Oklahoma City, OK 73105
        Telephone: (405) 521-3921
        bryan.cleveland@oag.ok.gov

        *Attorneys for the State of Oklahoma*

        *L.R. 83.2(e) registration forthcoming

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>August 26, 2022</u>        <u>/s/ *Melissa A. Holyoak*</u>
                                              MELISSA A. HOLYOAK