IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAKOTA RESOURCE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.* <br><br> Defendants, <br><br> and <br><br> STATE OF NORTH DAKOTA, <br><br> Defendant-Intervenor. | Civil Action No. 1:22-cv-01853 |

## NOTICE REGARDING POSITION ON INTERVENTION

In response to the Court's August 30, 2022 Minute Order, Federal Defendants hereby provide notice that they take no position on the Motion by the States of Montana, Oklahoma, Utah, and Wyoming to Intervene as Defendant-Intervenors ("States' Motion"), ECF No. 23.

Respectfully submitted this 31st day of August, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Clare Boronow*
CLARE BORONOW, member of MD Bar
Senior Attorney, Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

／s/ *Luther L. Hajek*  
LUTHER L. HAJEK  
Senior Attorney, Natural Resources Section  
999 18th St., South Terrace, Suite 370  
Denver, CO 80202  
Tel.: (303) 844-1376  
Fax: (303) 844-1350  
E-mail: luke.hajek@usdoj.gov  

*Counsel for Defendants*