AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dakota Resource Council, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01853-CRC |
| U.S. Department of Interior, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Montana.

Date: 09/01/2022

/s/ Kathleen L. Smithgall
*Attorney's signature*

Kathleen L. Smithgall, MT Bar # 67323943
*Printed name and bar number*

Montana Attorney General's Office
P.O. Box 201401
Helena, MT 59620-1401
*Address*

kathleen.smithgall@mt.gov
*E-mail address*

(406) 444-2026
*Telephone number*

(406) 444-3549
*FAX number*