IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAKOTA RESOURCE COUNCIL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants,<br><br>and<br><br>STATE OF NORTH DAKOTA, *et al.*<br><br>Defendant-Intervenors. | Case No. 1:22-cv-01853-CRC |

**FEDERAL DEFENDANTS' NOTICE**
**OF FILING OF CERTIFIED ADMINISTRATIVE RECORD INDEXES**

Pursuant to Local Rule 7(n)(1) and the Court's September 30, 2022 Order, ECF No. 35, Federal Defendants hereby submit the indexes to the U.S. Bureau of Land Management's ("BLM") administrative records for the decisions challenged in this case. The indexes to the records are attached as Exhibits 1-7 as follows:

- Exhibit 1: Index for BLM Nevada

- Exhibit 2: Index for BLM Colorado

- Exhibit 3: Index for BLM Montana/Dakotas

- Exhibit 4: Index for BLM Wyoming

- Exhibit 5: Index for BLM New Mexico – Pecos District Office

- Exhibit 6: Index for BLM New Mexico – Oklahoma Field Office

- Exhibit 7: Index for BLM Headquarters

The certifications of the records are attached as Exhibits 8-13, as follows:

- Exhibit 8: Certification of administrative record for BLM Nevada June 2022 leasing decision

- Exhibit 9: Certification of administrative record for BLM Colorado June 2022 leasing decision

- Exhibit 10: Certification of administrative record for BLM Montana/Dakotas June 2022 leasing decision

- Exhibit 11: Certification of administrative record for BLM Wyoming June 2022 leasing decision

- Exhibit 12: Certification of administrative record for BLM New Mexico and Oklahoma June 2022 leasing decisions

- Exhibit 13: Certification of BLM Headquarters documents

Federal Defendants are also sending copies of the administrative records to the parties.

Respectfully submitted this 16th day of December, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ Clare Boronow
CLARE BORONOW, member of MD Bar
Senior Attorney, Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

/s/ Luther L. Hajek
LUTHER L. HAJEK

Senior Attorney, Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Counsel for Federal Defendants*