# Exhibit 1

## Index for BLM Nevada

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Dakota Resource Council v DOI et al.* , Case No. 1:22-cv-1853 (DDC) | | | | | | | | | |
| BLM Nevada  June 2022 Administrative Record Index | | | | | | | | | |
| Beginning Bates | Ending Bates | No. of Pages | DATE | DATE ESTIMATED (Y/N) | DOCUMENT TYPE | FILE NAME | DESCRIPTION | HYPERLINK | AUTHOR | RECIPIENT(S) |
| NV_000001 | NV_000034 | 34 | 12/19/1988 | N | Reference | NV_000001-NV_000034.pdf | Onshore oil and Gas Operations; Federal and Indian Oil & Gas Lease No. 2 | Nevada/NV_000001-NV_000034.pdf | BLM | Public |
| NV_000035 | NV_000046 | 12 | 3/27/1989 | N | Reference | NV_000035-NV_000046.pdf | Onshore oil and Gas Operations; Federal and Indian Oil & Gas Lease No. 3 | Nevada/NV_000035-NV_000046.pdf | BLM | Public |
| NV_000047 | NV_000072 | 26 | 3/27/1989 | N | Reference | NV_000047-NV_000072.pdf | Onshore Oil and Gas Operations; Federal and Indian Oil & Gas Lease No. 5 | Nevada/NV_000047-NV_000072.pdf | BLM | Public |
| NV_000073 | NV_000097 | 25 | 8/23/1989 | N | Reference | NV_000073-NV_000097.pdf | Onshore Oil and Gas Operations; Federal and Indian Oil & Gas Lease No. 4 | Nevada/NV_000073-NV_000097.pdf | BLM | Public |
| NV_000098 | NV_000127 | 30 | 1/22/1991 | N | Reference | NV_000098-NV_000127.pdf | Onshore Oil and Gas Operations; Federa land Indian Oil & Gas Leases No. 6 | Nevada/NV_000098-NV_000127.pdf | BLM | Public |
| NV_000128 | NV_000149 | 22 | 10/8/1993 | N | Reference | NV_000128-NV_000149.pdf | Onshore Oil and Gas Operations; Federal and Indian Oil & Gas Leases No. 7 | Nevada/NV_000128-NV_000149.pdf | BLM | Public |
| NV_000150 | NV_000576 | 427 | 9/30/1994 | N | Reference | NV_000150-NV_000576.pdf | Tonopah RMP Final EIS | Nevada/NV_000150-NV_000576.pdf | BLM-NV | Public |
| NV_000577 | NV_000769 | 193 | 10/6/1997 | N | RMP ROD | NV_000577-NV_000769.pdf | Tonopah Approved Resource Management Plan and Record of Decision | Nevada/NV_000577-NV_000769.pdf | BLM | Public |
| NV_000770 | NV_000988 | 219 | 3/1/1998 | N | Reference | NV_000770-NV_000988.pdf | USFWS 1998_ESA Consultation Handbook | Nevada/NV_000770-NV_000988.pdf | USFWS | Public |
| NV_000989 | NV_001149 | 161 | 3/11/2005 | N | Reference | NV_000989-NV_001149.pdf | BLM Handbook H1601-1 Land Use Planning | Nevada/NV_000989-NV_001149.pdf | BLM | BLM |
| NV_001150 | NV_001237 | 88 | 3/1/2007 | y | Reference | NV_001150-NV_001237.pdf | BLM Gold Book | Nevada/NV_001150-NV_001237.pdf | BLM | Public |
| NV_001238 | NV_001269 | 32 | 3/7/2007 | N | Reference | NV_001238-NV_001269.pdf | Onshore oil and Gas Operations; Federal and Indian Oil & Gas Lease No. 1 | Nevada/NV_001238-NV_001269.pdf | BLM | Public |
| NV_001270 | NV_001453 | 184 | 1/30/2008 | N | Reference | NV_001270-NV_001453.pdf | BLM NEPA Handbook H1790-1 | Nevada/NV_001270-NV_001453.pdf | BLM | BLM |
| NV_001454 | NV_001501 | 48 | 12/12/2008 | N | Reference | NV_001454-NV_001501.pdf | BLM Manual 6840 Sensitive Species Management | Nevada/NV_001454-NV_001501.pdf | BLM | BLM |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NV_001502 | NV_001516 | 15 | 12/1/2012 | N | Reference | NV_001502-NV_001516.pdf | Study of the potential impacts of Hydraulic Fracturing on drinking water resources | Nevada/NV_001502-NV_001516.pdf | EPA | Public |
| NV_001517 | NV_001598 | 82 | 1/1/2013 | y | Reference | NV_001517-NV_001598.pdf | IPCC Fifth Assessment Report, Chapter 8 Anthropogenic and Natural Radiative Forcing | Nevada/NV_001517-NV_001598.pdf | IPCC | Public |
| NV_001599 | NV_001758 | 160 | 2/18/2013 | | Reference | NV_001599-NV_001758.pdf | BLM Manual 3120-1 Competitive Leases | Nevada/NV_001599-NV_001758.pdf | BLM | BLM |
| NV_001759 | NV_001929 | 171 | 6/10/2013 | Y | Reference | NV_001759-NV_001929.pdf | Supplemental Notice of Proposed Rulemaking and Request for Comment- Hydraulic Fracturing | Nevada/NV_001759-NV_001929.pdf | BLM | Public |
| NV_001930 | NV_001970 | 41 | 1/1/2014 | N | Reference | NV_001930-NV_001970.pdf | DRAFT Reasonably Foreseeable Development Scenario for Hydraulic Fracking | Nevada/NV_001930-NV_001970.pdf | BLM | BLM |
| NV_001971 | NV_001995 | 25 | 10/24/2014 | N | Reference | NV_001971-NV_001995.pdf | Adopted regulation of the commission on mineral resources | Nevada/NV_001971-NV_001995.pdf | Battle Mtn District Office | BLM |
| NV_001996 | NV_002091 | 96 | 3/26/2015 | N | Reference | NV_001996-NV_002091.pdf | Oil and Gas hydraulic fracturing on federal and indian lands | Nevada/NV_001996-NV_002091.pdf | BLM | Public |
| NV_002092 | NV_002757 | 666 | 12/1/2016 | y | Reference | NV_002092-NV_002757.pdf | EPA: Impacts from the Hydraulic Fracturing Water Cycle on Drinking Resources in the United States | Nevada/NV_002092-NV_002757.pdf | EPA | Public |
| NV_002758 | NV_002789 | 32 | 12/15/2016 | N | Reference | NV_002758-NV_002789.pdf | BLM Final Vegetation Treatments Using Herbicides ROD | Nevada/NV_002758-NV_002789.pdf | BLM | Public |
| NV_002790 | NV_002799 | 10 | 1/10/2017 | N | Reference | NV_002790-NV_002799.pdf | Onsore oil and gas operation; federal and indial oil and gas leases number 1 | Nevada/NV_002790-NV_002799.pdf | BLM | Public |
| NV_002800 | NV_002851 | 52 | 12/29/2017 | N | Federal Register | NV_002800-NV_002851.pdf | O&G/HF on fed and indian lands; rescission of a 2015 rule | Nevada/NV_002800-NV_002851.pdf | BLM | BLM |
| NV_002852 | NV_002951 | 100 | 2/20/2018 | | Reference | NV_002852-NV_002951.pdf | BLM Handbook H1624-1 Planning for Fluid Mineral Resources | Nevada/NV_002852-NV_002951.pdf | BLM | BLM |
| NV_002952 | NV_002955 | 4 | 3/12/2018 | N | Reference | NV_002952-NV_002955.pdf | Understanding Hydraulic Fracturing Power Point | Nevada/NV_002952-NV_002955.pdf | Jenny Lesieutre | BLM |
| NV_002956 | NV_002999 | 44 | 11/23/2018 | N | Reference | NV_002956-NV_002999.pdf | USGS Federal Lands Greenhouse Gas Emissions and Sequestration in the United States_ Estimates for 2005 to 2014 | Nevada/NV_002956-NV_002999.pdf | USGS | Public |
| NV_003000 | NV_003732 | 733 | 4/13/2020 | N | Reference | NV_003000-NV_003732.pdf | US greenhouse gas emissions and sinks | Nevada/NV_003000-NV_003732.pdf | EPA | Public |
| NV_003733 | NV_003736 | 4 | 6/26/2020 | | NEPA | NV_003733-NV_003736.pdf | Cultural Resource Inventory Needs Assessment Form | Nevada/NV_003733-NV_003736.pdf | Tonopah Field Office | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NV_003737 | NV_003760 | 24 | 6/11/2020 | N | Email | NV_003737-NV_003760.pdf | Forwarding comments received from USFWS on certain December 2020 o&g lease sale parcels | Nevada/NV_003737-NV_003760.pdf | Aldine Reynolds | jennings, kaminer, anderson, estrella |
| NV_003761 | NV_003770 | 10 | 6/2/2020 | | Reference | NV_003761-NV_003770.pdf | DOI Dept Manual 516_Chap 11_NEPA | Nevada/NV_003761-NV_003770.pdf | DOI | DOI Agencies |
| NV_003771 | NV_003781 | 11 | 7/1/2020 | Y | Parcels | NV_003771-NV_003781.pdf | STIPULATIONS FOR THE DECEMBER 2020 COMPT O&G GAS LEASE SALE EA | Nevada/NV_003771-NV_003781.pdf | Battle Mtn District Office | BLM |
| NV_003782 | NV_003784 | 3 | 12/1/2020 | y | Reference | NV_003782-NV_003784.pdf | U.S. Energy Information Administration. Annual Energy Outlook 2021 | Nevada/NV_003782-NV_003784.pdf | US EIA | Public |
| NV_003785 | NV_003825 | 41 | 12/22/2020 | N | NEPA | NV_003785-NV_003825.pdf | March 2021 published lease sale DNA | Nevada/NV_003785-NV_003825.pdf | Battle Mtn District Office | Public |
| NV_003826 | NV_003827 | 2 | 12/22/2020 | N | Parcels | NV_003826-NV_003827.pdf | March 2021 lease sale parcels | Nevada/NV_003826-NV_003827.pdf | BLM-NV | Public |
| NV_003828 | NV_003834 | 7 | 1/20/2021 | | Reference | NV_003828-NV_003834.pdf | EO 13990 Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis | Nevada/NV_003828-NV_003834.pdf | Office of the President | Public |
| NV_003835 | NV_003849 | 15 | 1/27/2021 | | Reference | NV_003835-NV_003849.pdf | EO 14008 Tackling the Climate Crisis at Home and Abroad | Nevada/NV_003835-NV_003849.pdf | Office of the President | Public |
| NV_003850 | NV_003850 | 1 | 1/27/2021 | N | Sale Process | NV_003850-NV_003850.pdf | March 2021 published lease sale errata notifying the public the sale would not be held | Nevada/NV_003850-NV_003850.pdf | BLM-NV | Public |
| NV_003851 | NV_005376 | 1526 | 3/1/2021 | y | Reference | NV_003851-NV_005376.pdf | USGCRP. Impacts, Risks, and Adaptation in the United States. Fourth National Climate Assessment | Nevada/NV_003851-NV_005376.pdf | USGCRP | Public |
| NV_005377 | NV_005382 | 6 | 4/1/2021 | Y | Reference | NV_005377-NV_005382.pdf | Air Quality Index report/data | Nevada/NV_005377-NV_005382.pdf | Battle Mtn District Office | BLM |
| NV_005383 | NV_005384 | 2 | 4/16/2021 | | Reference | NV_005383-NV_005384.pdf | DOI Secretarial Order 3398_Revocation of Prior SOs | Nevada/NV_005383-NV_005384.pdf | DOI Secretary Haaland | Public |
| NV_005385 | NV_005389 | 5 | 4/16/2021 | | Reference | NV_005385-NV_005389.pdf | DOI Secretarial Order 3399_DeptApproachClimate_Integrity_Transparency | Nevada/NV_005385-NV_005389.pdf | DOI Secretary Haaland | Public |
| NV_005390 | NV_005394 | 5 | 4/30/2021 | N | IM | NV_005390-NV_005394.pdf | BLM Instruction Memorandum 2021-027: Oil and Gas Leasing-Land Use Planning and Lease Parcel Reviews | Nevada/NV_005390-NV_005394.pdf | BLM | BLM |
| NV_005395 | NV_006185 | 791 | 5/1/2021 | y | Reference | NV_005395-NV_006185.pdf | Inventory of U.S. Greenhouse Gas Emissions and Sinks_1990 2019 | Nevada/NV_005395-NV_006185.pdf | USGS | Public |
| NV_006186 | NV_006187 | 2 | 6/10/2021 | N | Reference | NV_006186-NV_006187.pdf | Supply distruptions and rising demand boosted East Coast petroleum product imports in March. | Nevada/NV_006186-NV_006187.pdf | US EIA | Public |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NV_006188 | NV_006191 | 4 | 8/26/2021 | N | External Comm | NV_006188-NV_006191.pdf | Interior Department Files Court Brief Outlining Next Steps in Leasing Program | Nevada/NV_006188-NV_006191.pdf | Dept of Interior | Public |
| NV_006192 | NV_006192 | 1 | 8/27/2021 | N | Memo | NV_006192-NV_006192.pdf | leasing notice | Nevada/NV_006192-NV_006192.pdf | Nada Wolf Culver | BLM State Directors |
| NV_006193 | NV_006194 | 2 | 10/1/2021 | N | Scoping | NV_006193-NV_006194.pdf | scoping comments | Nevada/NV_006193-NV_006194.pdf | Nevada Dept of Conservation and Nature Resources | BLM--NV |
| NV_006195 | NV_006197 | 3 | 8/31/2021 | N | Scoping | NV_006195-NV_006197.pdf | Parcel List | Nevada/NV_006195-NV_006197.pdf | Battle Mtn District Office | Public |
| NV_006198 | NV_006198 | 1 | 8/31/2021 | N | Scoping | NV_006198-NV_006198.pdf | Map of Parcels w LandStatus | Nevada/NV_006198-NV_006198.pdf | Battle Mtn District Office | Public |
| NV_006199 | NV_006199 | 1 | 8/31/2021 | N | Scoping | NV_006199-NV_006199.pdf | Map of Parcels with Topographical Information | Nevada/NV_006199-NV_006199.pdf | Battle Mtn District Office | Public |
| NV_006200 | NV_006200 | 1 | 8/31/2021 | N | Scoping | NV_006200-NV_006200.pdf | Press Release for Scoping Period | Nevada/NV_006200-NV_006200.pdf | Battle Mtn District Office | Public |
| NV_006201 | NV_006201 | 1 | 8/31/2021 | Y | External Comm | NV_006201-NV_006201.pdf | Expression of interest letter | Nevada/NV_006201-NV_006201.pdf | Perry Wickham | Public |
| NV_006202 | NV_006213 | 12 | 9/2/2021 | N | External Comm | NV_006202-NV_006213.pdf | Tribal letter; notice of sale | Nevada/NV_006202-NV_006213.pdf | Perry Wickham | Tribal Chair: Yomba, Duckwater, Te-Moak, and Battle Mountain Band |
| NV_006214 | NV_006220 | 7 | 9/14/2021 | N | Scoping | NV_006214-NV_006220.pdf | scoping comments; request for extension of the public comment period | Nevada/NV_006214-NV_006220.pdf | Jeremy Nichols; Wildearth Guardians | BLM |
| NV_006221 | NV_006221 | 1 | 9/15/2021 | N | Email | NV_006221-NV_006221.pdf | Nevada Lease sale shapefiles questions | Nevada/NV_006221-NV_006221.pdf | Melissa Jennings | Kaminer |
| NV_006222 | NV_006442 | 221 | 9/17/2021 | N | Reference | NV_006222-NV_006442.pdf | Air Emissions Inventory Estimates for a Representative Oil and Gas Well in the Western United States | Nevada/NV_006222-NV_006442.pdf | Kleinfelder | Public |
| NV_006443 | NV_006444 | 2 | 9/17/2021 | N | Reference | NV_006443-NV_006444.pdf | FEMA, 2015 National Flood Insurance Fact Sheet for Stakeholders. Understanding Zone D for Levees | Nevada/NV_006443-NV_006444.pdf | FEMA | Public |
| NV_006445 | NV_006445 | 1 | 9/17/2021 | N | Reference | NV_006445-NV_006445.pdf | Order 11988, Floodplain Management, and Executive Order 13690, Establishing a Federal Flood Risk Management Standard and a Process | Nevada/NV_006445-NV_006445.pdf | FEMA | Public |
| NV_006446 | NV_006536 | 91 | 9/17/2021 | N | Reference | NV_006446-NV_006536.pdf | Mean Monthly, Seasonal, and Annual Pan Evaporation for the United States. NOAA Technical Report NWS 34. | Nevada/NV_006446-NV_006536.pdf | US Dept of Commerce | Public |
| NV_006537 | NV_006537 | 1 | 9/17/2021 | N | Reference | NV_006537-NV_006537.pdf | water.nv.gov  Evapotranspiration Basin Summary | Nevada/NV_006537-NV_006537.pdf | NV. Gov | Public |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NV_006538 | NV_006776 | 239 | 9/20/2021 | N | Scoping | NV_006538-NV_006776.pdf | Scoping Comment Summary of Incoming | Nevada/NV_006538-NV_006776.pdf | Every Action Custom | BMDO |
| NV_006777 | NV_006778 | 2 | 9/21/2021 | N | Scoping | NV_006777-NV_006778.pdf | Scoping Comments | Nevada/NV_006777-NV_006778.pdf | Nick Christenson | BLM-NV |
| NV_006779 | NV_006876 | 98 | 9/22/2021 | N | Scoping | NV_006779-NV_006876.pdf | Scoping Comment Summary of Incoming | Nevada/NV_006779-NV_006876.pdf | Every Action Custom | BMDO |
| NV_006877 | NV_006877 | 1 | 9/22/2021 | N | Reference | NV_006877-NV_006877.pdf | (1978-2016). Period of Record Monthly Climate Summary for Blue Eagle weather station (260955). Blue Eagle, Nevada. | Nevada/NV_006877-NV_006877.pdf | Western Regional Climate Center | Public |
| NV_006878 | NV_006878 | 1 | 9/22/2021 | | NEPA | NV_006878-NV_006878.pdf | BLM response to additional scoping request | Nevada/NV_006878-NV_006878.pdf | Laura Daniel-Davis, ASLM | Jeremy Nichols, WEG |
| NV_006879 | NV_006884 | 6 | 9/23/2021 | | NEPA | NV_006879-NV_006884.pdf | lease aggregate emissions | Nevada/NV_006879-NV_006884.pdf | Battle Mtn District Office | BLM |
| NV_006885 | NV_006887 | 3 | 9/27/2021 | N | Scoping | NV_006885-NV_006887.pdf | Scoping Comments | Nevada/NV_006885-NV_006887.pdf | Howard Watts | BLM |
| NV_006888 | NV_006964 | 77 | 9/30/2021 | N | Scoping | NV_006888-NV_006964.pdf | Scoping Comment Summary of Incoming | Nevada/NV_006888-NV_006964.pdf | Every Action Custom | BMDO |
| NV_006965 | NV_007105 | 141 | 9/30/2021 | N | Scoping | NV_006965-NV_007105.pdf | CBD sent the "attached 415 Message from CBD supporters" | Nevada/NV_006965-NV_007105.pdf | Center for Biological Diversity | BLM-NV |
| NV_007106 | NV_007107 | 2 | 9/30/2021 | N | Scoping | NV_007106-NV_007107.pdf | Attachment containing individual comments | Nevada/NV_007106-NV_007107.pdf | Center for Biological Diversity | BLM-NV |
| NV_007108 | NV_007109 | 2 | 9/30/2021 | N | Scoping | NV_007108-NV_007109.pdf | Scoping Comments | Nevada/NV_007108-NV_007109.pdf | Friends of Earth | BLM-NV |
| NV_007110 | NV_009639 | 2530 | 9/30/2021 | N | Scoping | NV_007110-NV_009639.pdf | comments part 1 | Nevada/NV_007110-NV_009639.pdf | Friends of Earth | BLM-NV |
| NV_009640 | NV_012162 | 2523 | 9/30/2021 | N | Scoping | NV_009640-NV_012162.pdf | comments part 2 | Nevada/NV_009640-NV_012162.pdf | Friends of Earth | BLM-NV |
| NV_012163 | NV_014695 | 2533 | 9/30/2021 | N | Scoping | NV_012163-NV_014695.pdf | comments part 3 | Nevada/NV_012163-NV_014695.pdf | Friends of Earth | BLM-NV |
| NV_014696 | NV_017228 | 2533 | 9/30/2021 | N | Scoping | NV_014696-NV_017228.pdf | comments part 4 | Nevada/NV_014696-NV_017228.pdf | Friends of Earth | BLM-NV |
| NV_017229 | NV_019756 | 2528 | 9/30/2021 | N | Scoping | NV_017229-NV_019756.pdf | comments part 5 | Nevada/NV_017229-NV_019756.pdf | Friends of Earth | BLM-NV |
| NV_019757 | NV_022290 | 2534 | 9/30/2021 | N | Scoping | NV_019757-NV_022290.pdf | comments part 6 | Nevada/NV_019757-NV_022290.pdf | Friends of Earth | BLM-NV |
| NV_022291 | NV_024818 | 2528 | 9/30/2021 | N | Scoping | NV_022291-NV_024818.pdf | comments part 7 | Nevada/NV_022291-NV_024818.pdf | Friends of Earth | BLM-NV |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NV_024819 | NV_027352 | 2534 | 9/30/2021 | N | Scoping | NV_024819-NV_027352.pdf | comments part 8 | Nevada/NV_024819-NV_027352.pdf | Friends of Earth | BLM-NV |
| NV_027353 | NV_029870 | 2518 | 9/30/2021 | N | Scoping | NV_027353-NV_029870.pdf | comments part 9 | Nevada/NV_027353-NV_029870.pdf | Friends of Earth | BLM-NV |
| NV_029871 | NV_029950 | 80 | 10/1/2021 | N | Scoping | NV_029871-NV_029950.pdf | Scoping Comments | Nevada/NV_029871-NV_029950.pdf | Center for Biological Diversity | BLM-NV |
| NV_029951 | NV_029953 | 3 | 10/1/2021 | N | Scoping | NV_029951-NV_029953.pdf | Scoping Comments | Nevada/NV_029951-NV_029953.pdf | Private Individual | BLM-NV |
| NV_029954 | NV_029957 | 4 | 10/1/2021 | N | Letter | NV_029954-NV_029957.pdf | Nevada 2022 Compt O&G lease sale | Nevada/NV_029954-NV_029957.pdf | US EPA | Melissa Jennings |
| NV_029958 | NV_029963 | 6 | 10/1/2021 | N | Scoping | NV_029958-NV_029963.pdf | Scoping Comments | Nevada/NV_029958-NV_029963.pdf | US EPA | BLM-NV |
| NV_029964 | NV_029974 | 11 | 10/1/2021 | N | Scoping | NV_029964-NV_029974.pdf | Scoping Comments | Nevada/NV_029964-NV_029974.pdf | NV Dept of Wildlife | BLM-NV |
| NV_029975 | NV_029976 | 2 | 10/1/2021 | N | Reference | NV_029975-NV_029976.pdf | Oil-Gas-Lease-Statistics_FY2021_TableOfContents | Nevada/NV_029975-NV_029976.pdf | BLM | Public |
| NV_029977 | NV_029986 | 10 | 10/1/2021 | N | Scoping | NV_029977-NV_029986.pdf | Scoping Comments | Nevada/NV_029977-NV_029986.pdf | Nevada Wildlife Federation, The Wilderness Society, The Sierra Club, Rocky Mountain Wild | BLM-NV |
| NV_029987 | NV_029997 | 11 | 10/1/2021 | N | Reference | NV_029987-NV_029997.pdf | Table01-10_National Totals by State | Nevada/NV_029987-NV_029997.pdf | BLM | Public |
| NV_029998 | NV_029998 | 1 | 10/1/2021 | N | Reference | NV_029998-NV_029998.pdf | Table1_NumberOfLeases | Nevada/NV_029998-NV_029998.pdf | BLM | Public |
| NV_029999 | NV_029999 | 1 | 10/1/2021 | N | Reference | NV_029999-NV_029999.pdf | Table2_AcreageInEffect | Nevada/NV_029999-NV_029999.pdf | BLM | Public |
| NV_030000 | NV_030000 | 1 | 10/1/2021 | N | Reference | NV_030000-NV_030000.pdf | Table3_NumberOfNewLeasesIssuedByBLM | Nevada/NV_030000-NV_030000.pdf | BLM | Public |
| NV_030001 | NV_030001 | 1 | 10/1/2021 | N | Reference | NV_030001-NV_030001.pdf | Table4_AcreageInNewLeasesIssued | Nevada/NV_030001-NV_030001.pdf | BLM | Public |
| NV_030002 | NV_030002 | 1 | 10/1/2021 | N | Reference | NV_030002-NV_030002.pdf | Table5_NumberOfProducingLeases | Nevada/NV_030002-NV_030002.pdf | BLM | Public |
| NV_030003 | NV_030003 | 1 | 10/1/2021 | N | Reference | NV_030003-NV_030003.pdf | Table6_AcreageOfProducingLeases | Nevada/NV_030003-NV_030003.pdf | BLM | Public |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NV_030004 | NV_030004 | 1 | 10/1/2021 | N | Reference | NV_030004-NV_030004.pdf | Table7_NumberOfApprovedAPD | Nevada/NV_030004-NV_030004.pdf | BLM | Public |
| NV_030005 | NV_030005 | 1 | 10/1/2021 | N | Reference | NV_030005-NV_030005.pdf | Table8_WellsSpud | Nevada/NV_030005-NV_030005.pdf | BLM | Public |
| NV_030006 | NV_030011 | 6 | 10/1/2021 | N | Reference | NV_030006-NV_030011.pdf | Table9_ProducibleWellBores | Nevada/NV_030006-NV_030011.pdf | BLM | Public |
| NV_030012 | NV_030012 | 1 | 10/1/2021 | N | Reference | NV_030012-NV_030012.pdf | .Table10_ProducibleAndServiceCompletions | Nevada/NV_030012-NV_030012.pdf | BLM | Public |
| NV_030013 | NV_030013 | 1 | 10/1/2021 | N | Reference | NV_030013-NV_030013.pdf | Table11_AcreageOfferedatCompetitiveLeaseSaleAuctionsSince CY January 1 2009 | Nevada/NV_030013-NV_030013.pdf | BLM | Public |
| NV_030014 | NV_030014 | 1 | 10/1/2021 | N | Reference | NV_030014-NV_030014.pdf | Table12_TimetoCompleteAPD | Nevada/NV_030014-NV_030014.pdf | BLM | Public |
| NV_030015 | NV_030017 | 3 | 10/1/2021 | N | Reference | NV_030015-NV_030017.pdf | Table13_EOIAcres | Nevada/NV_030015-NV_030017.pdf | BLM | Public |
| NV_030018 | NV_030018 | 1 | 10/1/2021 | N | Reference | NV_030018-NV_030018.pdf | Table14_ProtestTable | Nevada/NV_030018-NV_030018.pdf | BLM | Public |
| NV_030019 | NV_030019 | 1 | 10/1/2021 | N | Reference | NV_030019-NV_030019.pdf | Table15_OilandGasLeaseSales | Nevada/NV_030019-NV_030019.pdf | BLM | Public |
| NV_030020 | NV_030025 | 6 | 10/1/2021 | N | Reference | NV_030020-NV_030025.pdf | Table16_ApplicationsForPermitToDrillStatusReport | Nevada/NV_030020-NV_030025.pdf | BLM | Public |
| NV_030026 | NV_030462 | 437 | 10/1/2021 | N | Scoping | NV_030026-NV_030462.pdf | Scoping Comments | Nevada/NV_030026-NV_030462.pdf | The Wilderness Society | Jon Raby, NV State Director |
| NV_030463 | NV_030969 | 507 | 10/1/2021 | N | Scoping | NV_030463-NV_030969.pdf | lease sale scoping comments part 1 | Nevada/NV_030463-NV_030969.pdf | The Wilderness Society | BLM-NV |
| NV_030970 | NV_031641 | 672 | 10/1/2021 | N | Scoping | NV_030970-NV_031641.pdf | Lease sale scoping comments part 2 | Nevada/NV_030970-NV_031641.pdf | The Wilderness Society | BLM-NV |
| NV_031642 | NV_031672 | 31 | 10/1/2021 | N | Scoping | NV_031642-NV_031672.pdf | Lease sale scoping comments part 3 | Nevada/NV_031642-NV_031672.pdf | The Wilderness Society | BLM-NV |
| NV_031673 | NV_031680 | 8 | 10/1/2021 | N | Scoping | NV_031673-NV_031680.pdf | Scoping Comments | Nevada/NV_031673-NV_031680.pdf | Matt Nykiel WildEarth Guardians | DOI and BLM |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NV_031681 | NV_031683 | 3 | 10/1/2021 | N | Scoping | NV_031681-NV_031683.pdf | Scoping Comments | Nevada/NV_031681-NV_031683.pdf | Tripp Parks; Western Energy Alliance | Nada Wolf Culver |
| NV_031684 | NV_031685 | 2 | 10/5/2021 | N | Reference | NV_031684-NV_031685.pdf | Oil Production in Nevada by Producing Fields1954 to 2019 in Barrels | Nevada/NV_031684-NV_031685.pdf | Nevada Division of Minerals | Public |
| NV_031686 | NV_031726 | 41 | 10/5/2021 | Y | NEPA | NV_031686-NV_031726.pdf | Social cost of GHG's- calculator | Nevada/NV_031686-NV_031726.pdf | Battle Mtn District Office | BLM |
| NV_031727 | NV_031727 | 1 | 10/6/2021 | N | Memo | NV_031727-NV_031727.pdf | Information/briefing memorandum | Nevada/NV_031727-NV_031727.pdf | Jon Raby, NV State Director | Deputy Director, BLM |
| NV_031728 | NV_031729 | 2 | 10/6/2021 | N | Map | NV_031728-NV_031729.pdf | Briefing memo attachment- parcel map | Nevada/NV_031728-NV_031729.pdf | BLM-NV | |
| NV_031730 | NV_031731 | 2 | 10/22/2021 | N | Memo | NV_031730-NV_031731.pdf | memo proposed deferral of lease parcels | Nevada/NV_031730-NV_031731.pdf | BLM-NV | BLM |
| NV_031732 | NV_031844 | 113 | 10/26/2021 | Y | Reference | NV_031732-NV_031844.pdf | 2020 blm specialist report on annual greenhouse gas emissions and climate | Nevada/NV_031732-NV_031844.pdf | BLM | Public |
| NV_031845 | NV_031846 | 2 | 10/29/2021 | N | External Comm | NV_031845-NV_031846.pdf | Request for Public comments press release | Nevada/NV_031845-NV_031846.pdf | BLM-NV | Public |
| NV_031847 | NV_031849 | 3 | 10/29/2021 | N | External Comm | NV_031847-NV_031849.pdf | Dear Interested Public letter; Public to review and provide comments | Nevada/NV_031847-NV_031849.pdf | Perry Wickham | Public |
| NV_031850 | NV_031856 | 7 | 10/29/2021 | N | NEPA | NV_031850-NV_031856.pdf | Published unsigned FONSI for public comment | Nevada/NV_031850-NV_031856.pdf | BLM-NV | public |
| NV_031857 | NV_031921 | 65 | 10/29/2021 | N | NEPA | NV_031857-NV_031921.pdf | Published EA for public comment | Nevada/NV_031857-NV_031921.pdf | BLM-NV | public |
| NV_031922 | NV_031930 | 9 | 10/29/2021 | N | NEPA | NV_031922-NV_031930.pdf | Published EA parcel stipulations for public comment | Nevada/NV_031922-NV_031930.pdf | BLM-NV | public |
| NV_031931 | NV_031986 | 56 | 10/29/2021 | N | NEPA | NV_031931-NV_031986.pdf | Published EA Supplement Info for public comment | Nevada/NV_031931-NV_031986.pdf | BLM-NV | public |
| NV_031987 | NV_032019 | 33 | 11/1/2021 | Y | Reference | NV_031987-NV_032019.pdf | annual energy outlook 2021 | Nevada/NV_031987-NV_032019.pdf | US Energy Information Administration | Public |
| NV_032020 | NV_032020 | 1 | 11/5/2021 | Y | Comment | NV_032020-NV_032020.pdf | Public Comment | Nevada/NV_032020-NV_032020.pdf | Howard Watts III; NV Assembly | Robert Smith |
| NV_032021 | NV_032022 | 2 | 11/10/2021 | N | Comment | NV_032021-NV_032022.pdf | request for extension of comment periods on blm o&g leasing proposals | Nevada/NV_032021-NV_032022.pdf | Multiple Signatories-NGO's | Tracy Stone-Manning |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NV_032023 | NV_032027 | 5 | 11/16/2021 | Y | Comment | NV_032023-NV_032027.pdf | request for public hearings | Nevada/NV_032023-NV_032027.pdf | Multiple Signatories-NGO's | Tracy Stone-Manning |
| NV_032028 | NV_032029 | 2 | 11/26/2021 | Y | Comment | NV_032028-NV_032029.pdf | Public Comment | Nevada/NV_032028-NV_032029.pdf | Gene Ahearn | BLM-NV |
| NV_032030 | NV_032031 | 2 | 11/23/2021 | N | Comment | NV_032030-NV_032031.pdf | Public Comment | Nevada/NV_032030-NV_032031.pdf | NV Dept of Wildlife | Doug Furtado |
| NV_032032 | NV_032032 | 1 | 11/24/2021 | N | Comment | NV_032032-NV_032032.pdf | Public Comment | Nevada/NV_032032-NV_032032.pdf | Chuck Laser | Robert Smith |
| NV_032033 | NV_032033 | 1 | 11/24/2021 | N | Comment | NV_032033-NV_032033.pdf | Comment attachment; cross section | Nevada/NV_032033-NV_032033.pdf | Chuck Laser | |
| NV_032034 | NV_032040 | 7 | 11/24/2021 | N | Comment | NV_032034-NV_032040.pdf | Comment attachment; map | Nevada/NV_032034-NV_032040.pdf | Chuck Laser | |
| NV_032041 | NV_032041 | 1 | 11/24/2021 | N | Comment | NV_032041-NV_032041.pdf | Comment attachment; assessment | Nevada/NV_032041-NV_032041.pdf | Chuck Laser | |
| NV_032042 | NV_032046 | 5 | 11/26/2021 | | Reference | NV_032042-NV_032046.pdf | Press Release Interior Dept Report Finds Significant Shortcomings in Oil and gas Leasing Programs | Nevada/NV_032042-NV_032046.pdf | DOI | Public |
| NV_032047 | NV_032064 | 18 | 11/26/2021 | | Reference | NV_032047-NV_032064.pdf | DOI.report-on-the-federal-oil-and-gas-leasing-program | Nevada/NV_032047-NV_032064.pdf | DOI | Public |
| NV_032065 | NV_032067 | 3 | 12/1/2021 | N | Comment | NV_032065-NV_032067.pdf | Public Comment | Nevada/NV_032065-NV_032067.pdf | United States Environmental Protection Agency | Melissa Jennings |
| NV_032068 | NV_032069 | 2 | 12/7/2021 | N | External Comm | NV_032068-NV_032069.pdf | Press Release-Updated 12/7: BUREAU OF LAND MANAGEMENT NEVADA ACCEPTING PUBLIC COMMENTS FOR QUARTER 1 OIL AND GAS LEASE SALE; **Comments accepted through Dec. 8** | Nevada/NV_032068-NV_032069.pdf | BLM-NV | Public |
| NV_032070 | NV_032241 | 172 | 12/7/2021 | Y | Comment | NV_032070-NV_032241.pdf | Friends of Earth form letter | Nevada/NV_032070-NV_032241.pdf | Friends of Earth | BLM |
| NV_032242 | NV_034742 | 2501 | 12/7/2021 | Y | Comment | NV_032242-NV_034742.pdf | Friends of Earth form letter | Nevada/NV_032242-NV_034742.pdf | Friends of Earth | BLM |
| NV_034743 | NV_037243 | 2501 | 12/7/2021 | Y | Comment | NV_034743-NV_037243.pdf | Friends of Earth form letter | Nevada/NV_034743-NV_037243.pdf | Friends of Earth | BLM |
| NV_037244 | NV_039743 | 2500 | 12/7/2021 | Y | Comment | NV_037244-NV_039743.pdf | Friends of Earth form letter | Nevada/NV_037244-NV_039743.pdf | Friends of Earth | BLM |
| NV_039744 | NV_042243 | 2500 | 12/7/2021 | Y | Comment | NV_039744-NV_042243.pdf | Friends of Earth form letter | Nevada/NV_039744-NV_042243.pdf | Friends of Earth | BLM |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NV_042244 | NV_044743 | 2500 | 12/7/2021 | Y | Comment | NV_042244-NV_044743.pdf | Friends of Earth form letter | Nevada/NV_042244-NV_044743.pdf | Friends of Earth | BLM |
| NV_044744 | NV_047244 | 2501 | 12/7/2021 | Y | Comment | NV_044744-NV_047244.pdf | Friends of Earth form letter | Nevada/NV_044744-NV_047244.pdf | Friends of Earth | BLM |
| NV_047245 | NV_049744 | 2500 | 12/7/2021 | Y | Comment | NV_047245-NV_049744.pdf | Friends of Earth form letter | Nevada/NV_047245-NV_049744.pdf | Friends of Earth | BLM |
| NV_049745 | NV_052244 | 2500 | 12/7/2021 | Y | Comment | NV_049745-NV_052244.pdf | Friends of Earth form letter | Nevada/NV_049745-NV_052244.pdf | Friends of Earth | BLM |
| NV_052245 | NV_054745 | 2501 | 12/7/2021 | Y | Comment | NV_052245-NV_054745.pdf | Friends of Earth form letter | Nevada/NV_052245-NV_054745.pdf | Friends of Earth | BLM |
| NV_054746 | NV_054748 | 3 | 12/8/2021 | N | Email | NV_054746-NV_054748.pdf | fw:external the wilderness society comment submission | Nevada/NV_054746-NV_054748.pdf | Robert Smith | Frederick Kaminer |
| NV_054749 | NV_054838 | 90 | 12/8/2021 | N | Comment | NV_054749-NV_054838.pdf | Public Comment | Nevada/NV_054749-NV_054838.pdf | Michael Saul; Center for Biological Diversity | BLM |
| NV_054839 | NV_054853 | 15 | 12/1/2021 | N | Comment | NV_054839-NV_054853.pdf | Public Comment | Nevada/NV_054839-NV_054853.pdf | Nevada Wildlife Federation, The Wilderness Society, The Sierra Club, Rocky Mountain Wild | Jon Raby, NV State Director |
| NV_054854 | NV_054876 | 23 | 12/8/2021 | N | Comment | NV_054854-NV_054876.pdf | Public Comment | Nevada/NV_054854-NV_054876.pdf | The Wilderness Society, Friends of Earth, Montana Env. Information Center, Nevada Wildlife Federation, Rocky Mtn Wild | Jon Raby, NV State Director |
| NV_054877 | NV_054885 | 9 | 12/9/2021 | N | Comment | NV_054877-NV_054885.pdf | Public Comment | Nevada/NV_054877-NV_054885.pdf | Western Energy Alliance | BLM-NV |
| NV_054886 | NV_054888 | 3 | 12/9/2021 | N | Comment | NV_054886-NV_054888.pdf | Public Comment | Nevada/NV_054886-NV_054888.pdf | Michele Bustamente; NRDC | BLM-NV |
| NV_054889 | NV_054923 | 35 | 12/9/2021 | N | Comment | NV_054889-NV_054923.pdf | Comment Letter Attachment:The climate test : a tool to align energy infrastructure decision w/climate goals | Nevada/NV_054889-NV_054923.pdf | Michele Bustamente; NRDC | BLM-NV |
| NV_054924 | NV_054941 | 18 | 12/9/2021 | N | Comment | NV_054924-NV_054941.pdf | Comment Letter Attachment: The climate test appendix | Nevada/NV_054924-NV_054941.pdf | Michele Bustamente; NRDC | BLM-NV |
| NV_054942 | NV_054942 | 1 | 12/14/2021 | N | Email | NV_054942-NV_054942.pdf | fw: external comments on nv blm lease sale ea | Nevada/NV_054942-NV_054942.pdf | Jonah Blustain | Frederick Kaminer |
| NV_054943 | NV_054944 | 2 | 12/27/2021 | N | NEPA | NV_054943-NV_054944.pdf | BLM- water resources evaluation | Nevada/NV_054943-NV_054944.pdf | Thomas Gibbons | BLM |

| NV_054945 | NV_054945 | 1 | 3/1/2022 | Y | Map | NV_054945-NV_054945.pdf | proposed parcels for march 2022 | Nevada/NV_054945-NV_054945.pdf | Battle Mtn District Office | BLM |
| NV_054946 | NV_054950 | 5 | 4/15/2022 | N | External Comm | NV_054946-NV_054950.pdf | Press Release: Interior Department Announces Significantly Reformed Onshore Oil and Gas Lease Sales | Nevada/NV_054946-NV_054950.pdf | Dept of Interior | Public |
| NV_054951 | NV_054951 | 1 | 4/18/2022 | N | External Comm | NV_054951-NV_054951.pdf | Press Release: BUREAU OF LAND MANAGEMENT NEVADA ISSUES NOTICE FOR OIL AND GAS LEASE SALE | Nevada/NV_054951-NV_054951.pdf | BLM-NV | Public |
| NV_054952 | NV_055025 | 74 | 4/18/2022 | N | NEPA | NV_054952-NV_055025.pdf | EA Published for Protest | Nevada/NV_054952-NV_055025.pdf | Battle Mtn District Office | Public |
| NV_055026 | NV_055031 | 6 | 4/18/2022 | N | NEPA | NV_055026-NV_055031.pdf | Unsigned FONSI Published for Protest | Nevada/NV_055026-NV_055031.pdf | Battle Mtn District Office | Public |
| NV_055032 | NV_055037 | 6 | 4/18/2022 | N | NEPA | NV_055032-NV_055037.pdf | ROYALTY RATE CATEGORICAL EXCLUSION SIGNED | Nevada/NV_055032-NV_055037.pdf | Justin Abernathy | Public |
| NV_055038 | NV_055059 | 22 | 4/18/2022 | N | Sale Notice | NV_055038-NV_055059.pdf | June 2022 Competitive Sale Notice | Nevada/NV_055038-NV_055059.pdf | BLM-NV | Public |
| NV_055060 | NV_055068 | 9 | 4/18/2022 | N | NEPA | NV_055060-NV_055068.pdf | Parcel stipulations published for Protest | Nevada/NV_055060-NV_055068.pdf | Battle Mtn District Office | Public |
| NV_055069 | NV_055153 | 85 | 4/18/2022 | N | NEPA | NV_055069-NV_055153.pdf | EA Supplemental Info for EA published for protest | Nevada/NV_055069-NV_055153.pdf | Battle Mtn District Office | Public |
| NV_055154 | NV_055154 | 1 | 5/1/2022 | Y | NEPA | NV_055154-NV_055154.pdf | oil production in nevada by producing wells | Nevada/NV_055154-NV_055154.pdf | BLM | BLM |
| NV_055155 | NV_057073 | 1919 | 5/1/2022 | Y | NEPA | NV_055155-NV_057073.pdf | o&g produce and well data | Nevada/NV_055155-NV_057073.pdf | Battle Mtn District Office | BLM |
| NV_057074 | NV_057204 | 131 | 5/1/2022 | N | NEPA | NV_057074-NV_057204.pdf | o&g leasing greenhouse gases emission inventory tool | Nevada/NV_057074-NV_057204.pdf | Battle Mtn District Office | BLM |
| NV_057205 | NV_057205 | 1 | 5/10/2022 | N | Sale Notice | NV_057205-NV_057205.pdf | Sale Notice Errata 1 | Nevada/NV_057205-NV_057205.pdf | BLM-NV | Public |
| NV_057206 | NV_057214 | 9 | 5/17/2022 | N | Protest | NV_057206-NV_057214.pdf | Protest from Western Environmental Law Center | Nevada/NV_057206-NV_057214.pdf | Western Env Law Center | BLM-NV |
| NV_057215 | NV_057297 | 83 | 5/17/2022 | N | Protest | NV_057215-NV_057297.pdf | Protest from Western Environmental Law Center list of Exhibits | Nevada/NV_057215-NV_057297.pdf | Western Env Law Center | BLM-NV |
| NV_057298 | NV_057321 | 24 | 5/17/2022 | N | Protest | NV_057298-NV_057321.pdf | Protest from The Wilderness Society et al | Nevada/NV_057298-NV_057321.pdf | The Wilderness Society | BLM-NV |

| NV_057322 | NV_070218 | 12897 | 5/17/2022 | N | Protest | NV_057322-NV_070218.pdf | Protest from Sierra Club et al cover letter | Nevada/NV_057322-NV_070218.pdf | Sierra Club | BLM-NV |
| NV_070219 | NV_070221 | 3 | 5/17/2022 | N | Protest | NV_070219-NV_070221.pdf | Protest from Sierra Club et al | Nevada/NV_070219-NV_070221.pdf | Sierra Club | BLM-NV |
| NV_070222 | NV_070304 | 83 | 5/18/2022 | N | Protest | NV_070222-NV_070304.pdf | Protest from Western Environmental Law Center | Nevada/NV_070222-NV_070304.pdf | Western Environmental Law Center | BLM |
| NV_070305 | NV_070306 | 2 | 6/1/2022 | Y | NEPA | NV_070305-NV_070306.pdf | o&g drilling and water consumption | Nevada/NV_070305-NV_070306.pdf | Battle Mtn District Office | BLM |
| NV_070307 | NV_070307 | 1 | 6/8/2022 | N | Sale Notice | NV_070307-NV_070307.pdf | Sale Notice Errata 2 | Nevada/NV_070307-NV_070307.pdf | BLM-NV | Public |
| NV_070308 | NV_070308 | 1 | 6/27/2022 | N | Sale Notice | NV_070308-NV_070308.pdf | Sale Notice Errata 3 | Nevada/NV_070308-NV_070308.pdf | BLM-NV | Public |
| NV_070309 | NV_070315 | 7 | 6/29/2022 | N | FONSI SIGNED | NV_070309-NV_070315.pdf | FONSI SIGNED | Nevada/NV_070309-NV_070315.pdf | DOUG FURTADO | Public |
| NV_070316 | NV_070320 | 5 | 6/29/2022 | N | DECISION RECORD | NV_070316-NV_070320.pdf | DECISION RECORD FOR THE JUNE 2022 COMPT O&G LEASE SALE | Nevada/NV_070316-NV_070320.pdf | Justin Abernathy | Public |
| NV_070321 | NV_070392 | 72 | 6/29/2022 | N | Environmental Assessment | NV_070321-NV_070392.pdf | Final EA | Nevada/NV_070321-NV_070392.pdf | BLM-NV | Public |
| NV_070393 | NV_070477 | 85 | 6/29/2022 | N | Final NEPA | NV_070393-NV_070477.pdf | Final EA; Supplemental Information | Nevada/NV_070393-NV_070477.pdf | BLM-NV | Public |
| NV_070478 | NV_070486 | 9 | 6/29/2022 | N | Final NEPA | NV_070478-NV_070486.pdf | Final Published Lease Stipulations | Nevada/NV_070478-NV_070486.pdf | BLM-NV | Public |
| NV_070487 | NV_070494 | 8 | 6/29/2022 | N | Protest Decision | NV_070487-NV_070494.pdf | protest dismissed decision | Nevada/NV_070487-NV_070494.pdf | Justin Abernathy | Sierra Club |
| NV_070495 | NV_070506 | 12 | 6/29/2022 | N | Protest Decision | NV_070495-NV_070506.pdf | protest dismissed decision | Nevada/NV_070495-NV_070506.pdf | Justin Abernathy | The Wilderness Society |
| NV_070507 | NV_070540 | 34 | 6/29/2022 | Y | Protest Decision | NV_070507-NV_070540.pdf | protest dismissed decision | Nevada/NV_070507-NV_070540.pdf | Justin Abernathy | Western Environmental Law Center |
| NV_070541 | NV_070541 | 1 | 6/30/2022 | N | Sale Results | NV_070541-NV_070541.pdf | Bidding Results | Nevada/NV_070541-NV_070541.pdf | BLM-NV | Public |
| NV_070542 | NV_070542 | 1 | 6/30/2022 | N | Sale Results | NV_070542-NV_070542.pdf | Competitive Sale Results | Nevada/NV_070542-NV_070542.pdf | BLM-NV | Public |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NV_070543 | NV_070543 | | 1 | 6/30/2022 | N | Sale Results | NV_070543-NV_070543.pdf | Noncompetitive Sale Results; Day after | Nevada/NV_070543-NV_070543.pdf | BLM-NV | Public |
| NV_070544 | NV_070589 | | 46 | 9/15/2022 | Y | NEPA | NV_070544-NV_070589.pdf | A Demographic Profile of Northern Nye County; used online during decisionmaking process but downloaded for record on September 15, 2022 | Nevada/NV_070544-NV_070589.pdf | Headwaters Economics | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Dakota Resource Council v DOI et al.*, Case No. 1:22-cv-1853 (DDC) | | | | | | | | | | | |
| BLM Nevada  June 2022 Administrative Record Index- Privilege Log | | | | | | | | | | | |
| Beginning Bates | Ending Bates | No. of Pages | Document Date | Date Estimated (Y/N) | Document Type | File Name | Description | Hyperlink | Author | Recipient(s) | Remand/ Withhold | Justification |
| NV_029951 | NV_029953 | 3 | 10/1/2021 | N | | Scoping | NV_029951-NV_029953.pdf | ePlanning Scoping Comment Submission | | Private Individual | BLM-NV | Redact | PII; Redacted name of submitter as requested. |
| NV_029977 | NV_029986 | 10 | 10/1/2021 | N | | Scoping | NV_029977-NV_029986.pdf | ePlanning Scoping Comment Submission | | Private Individual | BLM-NV | Redact | PII; Redacted name of submitter as requested. |