# Exhibit 7
Index for BLM Headquarters

***Dakota Resources Council et al. v Department of Interior et al.*, Case No. 1:22-cv-1853-CRC**

**BLM-Headquarters Supporting Record-June 2022 Lease Sales in Colorado, Montana, Nevada, New Mexico, and Wyoming**

| Beginning Bates Number | Ending Bates Number | No. of Pages | Document Date | Document Type | File Name | Document Description | Hyperlink | Author | Recipient |
|---|---|---|---|---|---|---|---|---|---|
| HQ_000001 | HQ_000024 | 24 | 6/2/2020 | Reference | HQ_000001-HQ_000024.pdf | DOI Dept Manual 516_Chap 11_NEPA | HQ_22cv1853.Bates/HQ_000001-HQ_000024.pdf | DOI | Public |
| HQ_000025 | HQ_000031 | 7 | 1/20/2021 | Reference | HQ_000025-HQ_000031.pdf | EO 13990 Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis | HQ_22cv1853.Bates/HQ_000025-HQ_000031.pdf | Office of the President | Public |
| HQ_000032 | HQ_000046 | 15 | 1/27/2021 | Reference | HQ_000032-HQ_000046.pdf | EO 14008 Tackling the Climate Crisis at Home and Abroad | HQ_22cv1853.Bates/HQ_000032-HQ_000046.pdf | Office of the President | Public |
| HQ_000047 | HQ_000047 | 1 | 2/19/2021 | Reference | HQ_000047-HQ_000047.pdf | CEQ 2021 NEPA_Recission_2016_ Guidance on Consideration of Greenhouse Gas Emissions, 86 Fed. Reg. 10,252 | HQ_22cv1853.Bates/HQ_000047-HQ_000047.pdf | Council on Environmental Quality | Public |
| HQ_000048 | HQ_000049 | 2 | 4/16/2021 | Reference | HQ_000048-HQ_000049.pdf | DOI Secretarial Order 3398_Revocation of Prior SOs | HQ_22cv1853.Bates/HQ_000048-HQ_000049.pdf | DOI; Secretary Haaland | Public |
| HQ_000050 | HQ_000054 | 5 | 4/16/2021 | Reference | HQ_000050-HQ_000054.pdf | DOI Secretarial Order 3399_Deptartment-Wide Approach to the Climate Crisis and Restoring Transparency and Integrity to the Decision-Making Process | HQ_22cv1853.Bates/HQ_000050-HQ_000054.pdf | DOI; Secretary Haaland | Public |
| HQ_000055 | HQ_000059 | 5 | 04/30/22 | Reference | HQ_000055-HQ_000059.pdf | InstructionMemo2021_027: Oil and Gas Leasing - Land Use Planning and Lease Parcel Reviews | HQ_22cv1853.Bates/HQ_000055-HQ_000059.pdf | BLM | BLM |
| HQ_000060 | HQ_000061 | 2 | 08/26/21 | External Communication | HQ_000060-HQ_000061.pdf | Press Release: Interior Department Files Court Brief Outlining Next Steps in Leasing Program; Originally released 8/16; updated 08/26 | HQ_22cv1853.Bates/HQ_000060-HQ_000061.pdf | DOI | Public |
| HQ_000062 | HQ_000062 | 1 | 08/27/21 | Memorandum | HQ_000062-HQ_000062.pdf | Memo from Nada Culver to State Directors; subject Leasing | HQ_22cv1853.Bates/HQ_000062-HQ_000062.pdf | Culver, Nada L | BLM State Directors |
| HQ_000063 | HQ_000063 | 1 | 09/13/21 | email | HQ_000063-HQ_000063.pdf | [EXTERNAL] Request for Extension on Proposed Onshore Oil and Gas Leasing | HQ_22cv1853.Bates/HQ_000063-HQ_000063.pdf | Jeremy Nichols; WildEarth Guardians | OS, feedback; Daniel-Davis, Laura E ; EXSEC, EXSEC |
| HQ_000064 | HQ_000068 | 5 | 09/13/21 | e-att | HQ_000064-HQ_000068.pdf | [EXTERNAL] Request for Extension on Proposed Onshore Oil and Gas Leasing | HQ_22cv1853.Bates/HQ_000064-HQ_000068.pdf | Jeremy Nichols; WildEarth Guardians | DOI Secretary Haaland |
| HQ_000069 | HQ_000069 | 1 | 09/22/21 | External Communication | HQ_000069-HQ_000069.pdf | Letter to Jeremy Nichols, WildEarthGuardians denying request to extend time | HQ_22cv1853.Bates/HQ_000069-HQ_000069.pdf | Laura Daniel-Davis, ASLM | Jeremy Nichols |
| HQ_000070 | HQ_000071 | 2 | 10/06/21 | NEPA | HQ_000070-HQ_000071.pdf | NV Lease Sale Scoping Summary | HQ_22cv1853.Bates/HQ_000070-HQ_000071.pdf | BLM-NV | Culver |
| HQ_000072 | HQ_000073 | 2 | 10/08/21 | NEPA | HQ_000072-HQ_000073.pdf | MT Lease Sale Scoping Summary | HQ_22cv1853.Bates/HQ_000072-HQ_000073.pdf | BLM-MT | Culver |
| HQ_000074 | HQ_000076 | 3 | 10/08/21 | NEPA | HQ_000074-HQ_000076.pdf | NM Lease Sale Scoping Summary | HQ_22cv1853.Bates/HQ_000074-HQ_000076.pdf | BLM-NM | Culver |
| HQ_000077 | HQ_000085 | 9 | 10/08/21 | NEPA | HQ_000077-HQ_000085.pdf | NM Lease Sale Scoping Summary attachment | HQ_22cv1853.Bates/HQ_000077-HQ_000085.pdf | BLM-NM | Culver |
| HQ_000086 | HQ_000087 | 2 | 10/08/21 | NEPA | HQ_000086-HQ_000087.pdf | WSO Lease Sale Scoping Comment Summary | HQ_22cv1853.Bates/HQ_000086-HQ_000087.pdf | BLM-WY | Culver |

| Begin Bates | End Bates | Pages | Date | Type | Filename | Description | Link | From/Author | To/Recipient |
|---|---|---|---|---|---|---|---|---|---|
| HQ_000088 | HQ_000090 | 3 | 10/12/21 | NEPA | HQ_000088-HQ_000090.pdf | CO Lease Sale Scoping Comment Summary | HQ_22cv1853.Bates/HQ_000088_000090.pdf | BLM-CO | Culver |
| HQ_000091 | HQ_000098 | 8 | 10/22/21 | External Communication | HQ_000091-HQ_000098.pdf | Scoping comments - National in Scope from WEG et al | HQ_22cv1853.Bates/HQ_000091-HQ_000098.pdf | WildEarth Guardians | DOI Secretary and Deputy Director, BLM Director, BLM State Directors |
| HQ_000099 | HQ_000176 | 78 | 10/22/21 | External Communication | HQ_000099-HQ_000176.pdf | Scoping comments - National in Scope from CBD et al | HQ_22cv1853.Bates/HQ_000099-HQ_000176.pdf | CBD et al | BLM Director, BLM DDPP, BLM Minerals AD, BLM State Directors |
| HQ_000177 | HQ_000181 | 5 | 10/22/21 | External Communication | HQ_000177-HQ_000181.pdf | "On behalf of the under-signed organizations and our millions of members, we respectfully ask the Department of the Interior to postpone the recently posted Bureau of Land Management (BLM) lease sales initiated across the country on August 31, 2021." Attachments are referenced as coming from TWS et al | HQ_22cv1853.Bates/HQ_000177-HQ_000181.pdf | 350 COLORADO * CENTER FOR BIOLOGICAL DIVERSITY * CITIZENS CARING FOR THE FUTURE * CITIZENS FOR A HEALTHY COMMUNITY * COLORADO COALITION FOR A LIVABLE CLIMATE * COLORADO RISING * COMMON GROUND RISING * DENVER METRO CHAPTER OF CLIMATE REALITY * EARTH ETHICS, INC. * EARTHJUSTICE * FRACK FREE FOUR CORNERS * FRIENDS OF THE EARTH * GREAT OLD BROADS FOR WILDERNESS * HEALTHY GULF * HISPANICS ENJOYING CAMPING, HUNTING, AND THE OUTDOORS (HECHO) * MOMS CLEAN AIR FORCE * MONTANA ENVIRONMENTAL INFORMATION CENTER * NATIONAL PARKS CONSERVATION ASSOCIATION * NRDC * NEVADA WILDLIFE FEDERATION * NEW MEXICO CLIMATE ACTION * NEW MEXICO INTERFAITH POWER AND LIGHT * ROCKY MOUNTAIN WILD * SIERRA CLUB * SIERRA CLUB RIO GRANDE CHAPTER * THE WILDERNESS SOCIETY * WESTERN ENVIRONMENTAL LAW CENTER * WESTERN ORGANIZATION OF RESOURCE COUNCILS * WILDEARTH GUARDIANS * WILD MONTANA * WILDERNESS WORKSHOP | DOI; Secretary Haaland |
| HQ_000182 | HQ_000618 | 437 | 10/22/21 | External Communication | HQ_000182-HQ_000618.pdf | References; attachment to TWS et al scoping comments | HQ_22cv1853.Bates/HQ_000182-HQ_000618.pdf | The Wilderness Society et al | |
| HQ_000619 | HQ_001290 | 672 | 10/22/21 | External Communication | HQ_000619-HQ_001290.pdf | References; attachment to TWS et al scoping comments | HQ_22cv1853.Bates/HQ_000619-HQ_001290.pdf | The Wilderness Society et al | |
| HQ_001291 | HQ_001797 | 507 | 10/22/21 | External Communication | HQ_001291-HQ_001797.pdf | References; attachment to TWS et al scoping comments | HQ_22cv1853.Bates/HQ_001291-HQ_001797.pdf | The Wilderness Society et al | |
| HQ_001798 | HQ_001801 | 4 | 10/22/21 | Memorandum | HQ_001798-HQ_001801.pdf | Memo from CO State Director re: Deferral of Parcels from the Competitive lease sale attachment-Maps | HQ_22cv1853.Bates/HQ_001798-HQ_001801.pdf | BLM-CO | |
| HQ_001802 | HQ_001805 | 4 | 10/22/21 | Memorandum | HQ_001802-HQ_001805.pdf | Memo from CO State Director re: Deferral of Parcels from the Competitive lease sale | HQ_22cv1853.Bates/HQ_001802-HQ_001805.pdf | BLM-CO | Deputy Director, Operations |
| HQ_001806 | HQ_001918 | 113 | 10/26/21 | Report | HQ_001806-HQ_001918.pdf | 2020 BLM Specialist Report - GHG Emissions and Climate Trends | HQ_22cv1853.Bates/HQ_001806-HQ_001918.pdf | BLM | Public |
| HQ_001919 | HQ_002065 | 147 | 10/26/21 | Report Reference | HQ_001919-HQ_002065.pdf | 2020 BLM Specialist Report - GHG Emissions and Climate Trends Database, spreadsheets and tables | HQ_22cv1853.Bates/HQ_001919-HQ_002065.pdf | BLM | Public |
| HQ_002066 | HQ_002317 | 252 | 10/26/21 | Report Reference | HQ_002066-HQ_002317.pdf | BLM (Bureau of Land Management). 2020. Public Land Statistics 2019. Volume 204. U.S. Department of the Interior, Bureau of Land Management, National Operations Center, Denver, CO. | HQ_22cv1853.Bates/HQ_002066-HQ_002317.pdf | BLM | BLM |
| HQ_002318 | HQ_002462 | 145 | 10/26/21 | Report Reference | HQ_002318-HQ_002462.pdf | Federal Register. 2012. Vol. 77, No. 159, Thursday, August 16, 2012. 40 CFR Parts 60 and 63. Oil and Natural Gas Sector. New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Review; Final Rule. pp. 49496,49534, and 49535. | HQ_22cv1853.Bates/HQ_002318-HQ_002462.pdf | EPA | Public |
| HQ_002463 | HQ_002464 | 2 | 10/26/21 | Report Reference | HQ_002463-HQ_002464.pdf | ACS (American Chemical Society). 2021. It's Water Vapor, Not the CO2. Website. American Chemical Society, Washington, DC. | HQ_22cv1853.Bates/HQ_002463-HQ_002464.pdf | American Chemical Society | Public |
| HQ_002465 | HQ_002494 | 30 | 10/26/21 | Report Reference | HQ_002465-HQ_002494.pdf | EPA (Environmental Protection Agency). 2021. Overview of Greenhouse Gases. Website. U.S. Environmental Protection Agency. | HQ_22cv1853.Bates/HQ_002465-HQ_002494.pdf | EPA | Public |
| HQ_002495 | HQ_002499 | 5 | 10/26/21 | Report Reference | HQ_002495-HQ_002499.pdf | NOAA Lindsey, R. 2020. Climate Change: Atmospheric Carbon Dioxide. U.S. Department of Commerce, National Oceanic and Atmospheric Administration. | HQ_22cv1853.Bates/HQ_002495-HQ_002499.pdf | NOAA | Public |
| HQ_002500 | HQ_002502 | 3 | 10/26/21 | Report Reference | HQ_002500-HQ_002502.pdf | NOAA (National Oceanic and Atmospheric Administration). 2015. Ocean-Atmosphere CO2 Exchange. Website. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Global Systems Laboratory | HQ_22cv1853.Bates/HQ_002500-HQ_002502.pdf | NOAA | Public |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HQ_002503 | HQ_002511 | 9 | 10/26/21 | Report Reference | HQ_002503-HQ_002511.pdf | WMO (World Meteorological Organization). 2018 Unexpected Increases in Global Emissions of CFC-11. WMO Greenhouse Gas Bulletin No. 14: 1-8. | HQ_22cv1853.Bates/HQ_002503-HQ_002511.pdf | World Meteorological Organization | Public |
| HQ_002512 | HQ_002593 | 82 | 10/26/21 | Report Reference | HQ_002512-HQ_002593.pdf | IPCC (Intergovernmental Panel on Climate Change). 2013. Climate Change 2013: The Physical Science Basis. New York, NY: Cambridge University Press. | HQ_22cv1853.Bates/HQ_002512-HQ_002593.pdf | IPCC | Public |
| HQ_002594 | HQ_002596 | 3 | 10/26/21 | Report Reference | HQ_002594-HQ_002596.pdf | Lenzen, M. 2008. Double-Counting in Life Cycle Calculations. Journal of Industrial Ecology 12 (4): 583-599 | HQ_22cv1853.Bates/HQ_002594-HQ_002596.pdf | Lenzen, M. | Public |
| HQ_002597 | HQ_002744 | 148 | 10/26/21 | Report Reference | HQ_002597-HQ_002744.pdf | Skone, T.J., G. Cooney, M. Jamieson, J. Marriott, M. Mutchek, and M. Krynock. 2016. Life Cycle Analysis of Coal Exports from the Powder River Basin. U.S. Department of Energy, National Energy Technology Laboratory | HQ_22cv1853.Bates/HQ_002597-HQ_002744.pdf | Skone et al | Public |
| HQ_002745 | HQ_002876 | 132 | 10/26/21 | Report Reference | HQ_002745-HQ_002876.pdf | Skone, T.J., G. Schivley, M. Jamieson, J. Marriott, G. Cooney, J. Littlefield, M. Mutchek, M. Krynock, and Shih. 2018. Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plants. U.S. Department of Energy, National Energy Technology Laboratory. | HQ_22cv1853.Bates/HQ_002745-HQ_002876.pdf | Skone et al | Public |
| HQ_002877 | HQ_002909 | 33 | 10/26/21 | Report Reference | HQ_002877-HQ_002909.pdf | Lattanzio, R.K. 2015. Life-Cycle Greenhouse Gas Assessment of Coal and Natural Gas in the Power Sector. R44090, Version 3. Congressional Research Service. | HQ_22cv1853.Bates/HQ_002877-HQ_002909.pdf | Lattanzio, R.K. | Public |
| HQ_002910 | HQ_002912 | 3 | 10/26/21 | Report Reference | HQ_002910-HQ_002912.pdf | Cohn, D. 2021. Planning for Coal Mine Closures in the Powder River Basin. Website. Sightline Institute. | HQ_22cv1853.Bates/HQ_002910-HQ_002912.pdf | Cohn, D. | Public |
| HQ_002913 | HQ_002914 | 2 | 10/26/21 | Report Reference | HQ_002913-HQ_002914.pdf | West, B. 2021. Coal transported to the U.S. electric power sector declined by 22% in 2020. U.S. Energy Information Administration, Independent Statistics and Analysis, Washington, DC. | HQ_22cv1853.Bates/HQ_002913-HQ_002914.pdf | West, B. | Public |
| HQ_002915 | HQ_002915 | 1 | 10/26/21 | Report Reference | HQ_002915-HQ_002915.pdf | BLM (Bureau of Land Management). 2021. Coal Data. Website. U.S. Department of the Interior, Bureau of Land Management | HQ_22cv1853.Bates/HQ_002915-HQ_002915.pdf | BLM | Public |
| HQ_002916 | HQ_002926 | 11 | 10/26/21 | Report Reference | HQ_002916-HQ_002926.pdf | Cooney, G., M. Jamieson, J. Marriott, J. Bergerson, A. Brandt, and T.J. Skone. 2017. Updating the U.S. Life Cycle GHG Petroleum Baseline to 2014 with Projections to 2040 Using Open-Source Engineering-Based Models. Environmental Science and Technology 2017 (51): 977-987 | HQ_22cv1853.Bates/HQ_002916-HQ_002926.pdf | Cooney et al | Public |
| HQ_002927 | HQ_002931 | 5 | 10/26/21 | Report Reference | HQ_002927-HQ_002931.pdf | DOE (Department of Energy). 2021. Hydrogen Production: Natural Gas Reforming. Website. U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, Washington, DC. | HQ_22cv1853.Bates/HQ_002927-HQ_002931.pdf | DOE | Public |
| HQ_002932 | HQ_003305 | 374 | 10/26/21 | Report Reference | HQ_002932-HQ_003305.pdf | Littlefield, J., S. Roman-White, D. Augustine, A. Pegallapati, G.G. Zaimes, S. Rai, G. Cooney, and T.J. Skone. 2019. Life Cycle Analysis of Natural Gas Extraction and Power Generation. U.S. Department of Energy, National Energy Technology Laboratory, Pittsburgh, PA. | HQ_22cv1853.Bates/HQ_002932-HQ_003305.pdf | Littlefield et al | Public |
| HQ_003306 | HQ_003316 | 11 | 10/26/21 | Report Reference | HQ_003306-HQ_003316.pdf | BLM (Bureau of Land Management). 2021. Oil and Gas Statistics. Website. U.S. Department of the Interior, Bureau of Land Management. | HQ_22cv1853.Bates/HQ_003306-HQ_003316.pdf | BLM | Public |
| HQ_003317 | HQ_003324 | 8 | 10/26/21 | Report Reference | HQ_003317-HQ_003324.pdf | UNEP (United Nations Environment Programme). 2020. Emissions Gap Report 2020: Executive Summary. United Nations Environment Programme, Nairobi, Kenya. | HQ_22cv1853.Bates/HQ_003317-HQ_003324.pdf | UNEP | Public |

| Begin Bates | End Bates | Page Count | Date | Type | Filename | Description | Link | Author | Access |
|---|---|---|---|---|---|---|---|---|---|
| HQ_003325 | HQ_003568 | 244 | 10/26/21 | Report Reference | HQ_003325-HQ_003568.pdf | Crippa, M. D. Guizzardi, M. Muntean, E. Schaaf, E. Solazzo, F. Monforti-Ferrario, J.G.J. Olivier, and E. Vignati. 2020. Fossil CO2 emissions of all world countries. Publications Office of the European Union, Luxembourg. | HQ_22cv1853.Bates/HQ_003325-HQ_003568.pdf | Crippa et al | Public |
| HQ_003569 | HQ_003587 | 19 | 10/26/21 | Report Reference | HQ_003569-HQ_003587.pdf | IEA (International Energy Agency). 2021. Global Energy Review: C02 Emissions in 2020. | HQ_22cv1853.Bates/HQ_003569-HQ_003587.pdf | IEA | Public |
| HQ_003588 | HQ_003621 | 34 | 10/26/21 | Report Reference | HQ_003588-HQ_003621.pdf | CEQ (Council on Environmental Quality). 2016. Guidance on Consideration of Greenhouse Gases. | HQ_22cv1853.Bates/HQ_003588-HQ_003621.pdf | CEQ | Public |
| HQ_003622 | HQ_003643 | 22 | 10/26/21 | Report Reference | HQ_003622-HQ_003643.pdf | Ausfather, Z. 2018. Analysis: Why the IPCC 1.5C report expanded the carbon budget. Carbon Brief. | HQ_22cv1853.Bates/HQ_003622-HQ_003643.pdf | Ausfather, Z. | Public |
| HQ_003644 | HQ_003683 | 40 | 10/26/21 | Report Reference | HQ_003644-HQ_003683.pdf | Meinshausen, M., S.C.B. Raper, and T.M.L. Wigley. 2011. Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6 – Part 1: Model description and calibration. Atmospheric Chemistry and Physics 11 (4): 1417-1456. | HQ_22cv1853.Bates/HQ_003644-HQ_003683.pdf | Meinshausen, M. et al | Public |
| HQ_003684 | HQ_003712 | 29 | 10/26/21 | Report Reference | HQ_003684-HQ_003712.pdf | Robock, A. 2000. Volcanic eruptions and climate. Reviews of Geophysics 38 (2): 191-219. | HQ_22cv1853.Bates/HQ_003684-HQ_003712.pdf | Robock, A. | Public |
| HQ_003713 | HQ_003728 | 16 | 10/26/21 | Report Reference | HQ_003713-HQ_003728.pdf | Schmidt, H., et al. 2012. Solar irradiance reduction to counteract radiative forcing from a quadrupling of CO2: Climate responses simulated by four earth system models. Earth System Dynamics 3 (1): 63-78. | HQ_22cv1853.Bates/HQ_003713-HQ_003728.pdf | Schmidt et al | Public |
| HQ_003729 | HQ_003755 | 27 | 10/26/21 | Report Reference | HQ_003729-HQ_003755.pdf | Cash, B.A., and N.J. Burls. 2019. Predictable and Unpredictable Aspects of U.S. West Coast Rainfall and El Niño: Understanding the 2015/2016 Event. Journal of Climate 32 (10): 2843-2868. | HQ_22cv1853.Bates/HQ_003729-HQ_003755.pdf | Cash et al | Public |
| HQ_003756 | HQ_003756 | 1 | 10/26/21 | Report Reference | HQ_003756-HQ_003756.pdf | AMS (American Meteorological Society). 2012. Glossary of Meteorology. American Meteorological Society | HQ_22cv1853.Bates/HQ_003756-HQ_003756.pdf | American Meteorological Society | Public |
| HQ_003757 | HQ_003769 | 13 | 10/26/21 | Report Reference | HQ_003757-HQ_003769.pdf | NASA (National Aeronautics and Space Administration). 2021. Climate Change: How Do We Know? | HQ_22cv1853.Bates/HQ_003757-HQ_003769.pdf | NASA | Public |
| HQ_003770 | HQ_003774 | 5 | 10/26/21 | Report Reference | HQ_003770-HQ_003774.pdf | Lindsey, R. 2020. Climate Change: Atmospheric Carbon Dioxide. U.S. Department of Commerce, NOAA | HQ_22cv1853.Bates/HQ_003770-HQ_003774.pdf | Lindsey, R. | Public |
| HQ_003775 | HQ_003798 | 24 | 10/26/21 | Report Reference | HQ_003775-HQ_003798.pdf | Bova, S., Y. Rosenthal, Z. Liu, S.P. Godad, and M. Yan. 2021. Seasonal origin of the thermal maxima at the Holocene and the last interglacial. Nature 589 (2021): 548-553. | HQ_22cv1853.Bates/HQ_003775-HQ_003798.pdf | Bova et al | Public |
| HQ_003799 | HQ_003818 | 20 | 10/26/21 | Report Reference | HQ_003799-HQ_003818.pdf | Vose, R.S., S. Applequist, M. Squires, I. Durre, M.J. Menne, C.N. Williams Jr., C. Fenimore, K. Gleason, and D. Arndt. 2014. Improved Historical Temperature and Precipitation Time Series for U.S. Climate Divisions. Journal of Applied Meteorology and Climatology 53 (5): 1232-1251. | HQ_22cv1853.Bates/HQ_003799-HQ_003818.pdf | Vose et al | Public |
| HQ_003819 | HQ_003824 | 6 | 10/26/21 | Report Reference | HQ_003819-HQ_003824.pdf | Miller, A.J., D.R. Cayan, T.P. Barnett, N.E. Graham, and J.M. Oberhuber. 1994. The 1976-77 Climate Shift of the Pacific Ocean. Oceanography 7 (1): 21-26. | HQ_22cv1853.Bates/HQ_003819-HQ_003824.pdf | Miller et al | Public |
| HQ_003825 | HQ_003840 | 16 | 10/26/21 | Report Reference | HQ_003825-HQ_003840.pdf | Hartmann, B., and G. Wendler. 2005. The Significance of the 1976 Climate Shift in the Climatology of Alaska. Journal of Climate 18 (22): 4825-4839. | HQ_22cv1853.Bates/HQ_003825-HQ_003840.pdf | Hartmann et al | Public |
| HQ_003841 | HQ_003857 | 17 | 10/26/21 | Report Reference | HQ_003841-HQ_003857.pdf | Griffin, D., and K.J. Anchukaitis. 2014. How unusual is the 2012-2014 California drought? Geophysical Research Letters 41 (24): 9017-9023. | HQ_22cv1853.Bates/HQ_003841-HQ_003857.pdf | Griffing et al | Public |
| HQ_003858 | HQ_003858 | 1 | 10/26/21 | Report Reference | HQ_003858-HQ_003858.pdf | Belmecheri, S., F. Babst, E.R. Wahl, D.W. Stahle, and V. Trouet. 2015. Multi-century evaluation of Sierra Nevada snowpack. Nature Climate Change Vol. 6: 2-3. | HQ_22cv1853.Bates/HQ_003858-HQ_003858.pdf | Belmecheri et al | Public |
| HQ_003859 | HQ_003864 | 6 | 10/26/21 | Report Reference | HQ_003859-HQ_003864.pdf | Mote, P.W., S. Li, D.P. Lettenmaier, M. Xiao, and R. Engel. 2018. Dramatic declines in snowpack in the western US. Climate and Atmosperic Science 1 (2): 1-6. | HQ_22cv1853.Bates/HQ_003859-HQ_003864.pdf | Mote et al | Public |
| HQ_003865 | HQ_003886 | 22 | 10/26/21 | Report Reference | HQ_003865-HQ_003886.pdf | Vose, R.S., D.R. Easterling, K.E. Kunkel, A.N. LeGrande, and M.F. Wehner. 2017. Temperature changes in the United States. In: Climate Science Special Report: Fourth National Climate Assessment. pp. 185-206. | HQ_22cv1853.Bates/HQ_003865-HQ_003886.pdf | Vose et al | Public |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HQ_003887 | HQ_003926 | 40 | 10/26/21 | Report Reference | HQ_003887-HQ_003926.pdf | Riahi, K., et al. 2017. The Shared Socioeconomic Pathways and their energy, land use, and greenhouse gas emissions implications: An overview. Global Environmental Change 42 (2017): 153-168. | HQ_22cv1853.Bates/HQ_003887-HQ_003926.pdf | Riahi et al | | Public |
| HQ_003927 | HQ_003956 | 30 | 10/26/21 | Report Reference | HQ_003927-HQ_003956.pdf | IPCC (Intergovernmental Panel on Climate Change). 2018. Summary for Policymakers. In: Global Warming of 1.5° C. Special Report. Allen, M., et al. (eds). Intergovernmental Panel on Climate Change. | HQ_22cv1853.Bates/HQ_003927-HQ_003956.pdf | IPCC | | Public |
| HQ_003957 | HQ_003984 | 28 | 10/26/21 | Report Reference | HQ_003957-HQ_003984.pdf | Vincent, C.H., L.A. Hanson, and L.F. Bermejo. 2020. Federal Land Ownership: Overview and Data. R42346. Congressional Research Service. | HQ_22cv1853.Bates/HQ_003957-HQ_003984.pdf | Vincent et al | | Public |
| HQ_003985 | HQ_004000 | 16 | 10/26/21 | Report Reference | HQ_003985-HQ_004000.pdf | Townsend-Small, A., T.W. Ferrara, D.R. Lyon, A.E. Fries, and B.K. Lamb. 2016 Emissions of coalbed and natural gas methane from abandoned oil and gas wells in the United States. Geophysical Research Letters 43 (5): 2283-2290. | HQ_22cv1853.Bates/HQ_003985-HQ_004000.pdf | Townsend et al | | Public |
| HQ_004001 | HQ_004001 | 1 | 10/29/21 | External Communications | HQ_004001-HQ_004001.pdf | BLM Press Release announcing lease sales and GHG Specialists Report | HQ_22cv1853.Bates/HQ_004001-HQ_004001.pdf | BLM | | Public |
| HQ_004002 | HQ_004002 | 1 | 11/10/21 | Email | HQ_004002-HQ_004002.pdf | [External] Request for extension of comment period | HQ_22cv1853.Bates/HQ_004002-HQ_004002.pdf | Rhiannon Scanlon @tws.org | | Undisclosed |
| HQ_004003 | HQ_004004 | 2 | 11/10/21 | e-att | HQ_004003-HQ_004004.pdf | [External] Request for extension of comment period attachment | HQ_22cv1853.Bates/HQ_004003-HQ_004004.pdf | Multiple | | Tracy Stone-Manning |
| HQ_004005 | HQ_004009 | 5 | 11/17/21 | External Communication | HQ_004005-HQ_004009.pdf | External: Request for Public Hearings and for an Extension of the Public Comment Periods for the Proposed 2022 Oil and Gas Lease Sales in Alabama, Colorado, Montana, North Dakota, Nevada, New Mexico, Oklahoma, Utah, and Wyoming | HQ_22cv1853.Bates/HQ_004005-HQ_004009.pdf | Athens County's Future Action Network * Center for Biological Diversity * Center for Civic Policy * Chaco Alliance * Colorado Fiscal Institute * Denver Metro Chapter Climate Reality * Diné Citizens Against Ruining our Environment * Earth Action, Inc. * Friends of the Earth * Great Old Broads for Wilderness * New Mexico Climate Justice * New Mexico Environmental Law Center * Oceanic Global * Physicians for Social Responsibility * Pueblo Action Alliance * Renewable Energy Owners Coalition of America * Rio Arriba Concerned Citizens * Sierra Club * TCAssociates * Waterkeeper Alliance * Western Environmental Law Center * Western Watersheds Project * WildEarth Guardians | DOI Secretary Haaland; Tracy Stone-Manning |
| HQ_004010 | HQ_004010 | 1 | 11/22/21 | External Communication | HQ_004010-HQ_004010.pdf | BLM Response to TWS and WEG's request for extension to the 22Q1 lease sale public comment period | HQ_22cv1853.Bates/HQ_004010-HQ_004010.pdf | Mallory, Sheila | | Rhiannon Scanlon; mnykiel@wildearthguardians.org |
| HQ_004011 | HQ_004015 | 5 | 11/26/21 | External Communication | HQ_004011-HQ_004015.pdf | Press Release: Interior Dept Report Finds Significant Shortcomings in Oil and gas Leasing Programs | HQ_22cv1853.Bates/HQ_004011-HQ_004015.pdf | DOI | | Public |
| HQ_004016 | HQ_004033 | 18 | 11/26/21 | Reference | HQ_004016-HQ_004033.pdf | Report on the Federal oil and gas leasing program DOI EO14008 | HQ_22cv1853.Bates/HQ_004016-HQ_004033.pdf | DOI | | Public |
| HQ_004034 | HQ_004123 | 90 | 12/08/21 | External Communication | HQ_004034-HQ_004123.pdf | Incoming Public Comment letter on ESO, NM, MT and NV environmental documents | HQ_22cv1853.Bates/HQ_004034-HQ_004123.pdf | CBD et al | | Tracy Stone-Manning; Nada Culver, Nick Douglas, and relevant officials in NM, ESO, MT and NV |
| HQ_004124 | HQ_004213 | 90 | 12/10/21 | External Communication | HQ_004124-HQ_004213.pdf | Incoming Public Comment letter on CO, UT and WYenvironmental documents | HQ_22cv1853.Bates/HQ_004124-HQ_004213.pdf | CBD et al | | Tracy Stone-Manning; Nada Culver, Nick Douglas, and relevant officials in WY, UT and CO |
| HQ_004214 | HQ_004214 | 1 | 01/19/22 | NEPA | HQ_004214-HQ_004214.pdf | Final Attachment to Lease form for Royalty Rate change; Final template for States to use | HQ_22cv1853.Bates/HQ_004214-HQ_004214.pdf | BLM- HQ | | BLM |
| HQ_004215 | HQ_004218 | 4 | 01/19/22 | NEPA | HQ_004215-HQ_004218.pdf | Lease Form 3100-11_ Final Edits for Royalty Rate; Final template for States to use | HQ_22cv1853.Bates/HQ_004215-HQ_004218.pdf | BLM- HQ | | BLM |
| HQ_004219 | HQ_004398 | 180 | 01/19/22 | NEPA | HQ_004219-HQ_004398.pdf | NFLSS sale notice_Required Updates to reflect 18.75% rlty & language; Final template for States to use | HQ_22cv1853.Bates/HQ_004219-HQ_004398.pdf | BLM- HQ | | BLM |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HQ_004399 | HQ_004404 | 6 | 01/19/22 | NEPA | HQ_004399-HQ_004404.pdf | Royalty Rate Categorical Exclusion ; Final template for States to use | HQ_22cv1853.Bates/HQ_004399-HQ_004404.pdf | BLM- HQ | BLM |
| HQ_004405 | HQ_004412 | 8 | 04/08/22 | Reference | HQ_004405-HQ_004412.pdf | Requested Sale Maps | HQ_22cv1853.Bates/HQ_004405-HQ_004412.pdf | BLM | Tracy Stone-Manning |
| HQ_004413 | HQ_004413 | 1 | 04/11/22 | Reference | HQ_004413-HQ_004413.pdf | Requested Sale Maps | HQ_22cv1853.Bates/HQ_004413-HQ_004413.pdf | BLM-NM | Tracy Stone-Manning |
| HQ_004414 | HQ_004414 | 1 | 04/11/22 | Reference | HQ_004414-HQ_004414.pdf | Requested Sale Maps | HQ_22cv1853.Bates/HQ_004414-HQ_004414.pdf | BLM-NM | Tracy Stone-Manning |
| HQ_004415 | HQ_004419 | 5 | 04/15/22 | External Communication | HQ_004415-HQ_004419.pdf | Interior Department Announces Significantly Reformed Onshore Oil and Gas Lease Sales | HQ_22cv1853.Bates/HQ_004415-HQ_004419.pdf | Dept of Interior | Public |
| HQ_004420 | HQ_004420 | 1 | 07/01/22 | Email | HQ_004420-HQ_004420.pdf | fw june 2022 lease sale results | HQ_22cv1853.Bates/HQ_004420-HQ_004420.pdf | Gamper, Merry E | Stone-Manning, Tracy; Culver, Nada; Nedd, Mike |
| HQ_004421 | HQ_004421 | 1 | 07/01/22 | e-att | HQ_004421-HQ_004421.pdf | Table: June 2022 lease sale results from HQ-310 | HQ_22cv1853.Bates/HQ_004421-HQ_004421.pdf | BLM-HQ | BLM-HQ |