# Exhibit 8

Certification of administrative record for BLM Nevada June 2022 leasing decision

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL *et al*.,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al*.,<br><br>        Federal Defendants,<br><br>and<br><br>THE STATE OF NORTH DAKOTA *et al.*<br><br>        Defendant-Intervenors. | Case No. 1:22-cv-1853-CRC |

### DECLARATION OF FELIPE CISNEROS

I, Felipe Cisneros, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1.        I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Nevada State Office, as a Land Law Examiner, Fluid Minerals Division, a position that I have held since November of 2020.

2.        In my role as a Land Law Examiner, I assembled the administrative record for the BLM Nevada June 2022 Competitive Oil and Gas Lease Sale which is currently being challenged in the above-referenced civil action.

3.        To the best of my knowledge and belief, the records described in the accompanying BLM Nevada index, as well as certain documents described on the BLM

1

2

Headquarters index and in the Declaration of Merry Gamper, include all evidence that was

considered, either directly or indirectly, by the relevant decision-makers with respect to the

challenged leasing decision.  Each document identified on the BLM Nevada index is a true and

correct copy of a record retained in the files of the BLM-Nevada State, district, and field offices.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge.

Executed on December 15, 2022, in Reno, NV.

FELIPE CISNEROS   Digitally signed by FELIPE CISNEROS
Date: 2022.12.15 08:16:33 -08'00'

Felipe Cisneros