# Exhibit 9

Certification of administrative record for BLM Colorado June 2022 leasing decision

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAKOTA RESOURCE COUNCIL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE INTERIOR, ) <br> *et al.* ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> STATE OF NORTH DAKOTA, *et al.* ) <br> ) <br> Defendant-Intervenors. ) | Case No. 1:22-cv-01853-CRC |

## **DECLARATION OF KRISTIN ELOWE**

I, Kristin Elowe, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM) as the Planning and Environmental Coordinator for Fluid Minerals in the BLM Colorado State Office, a position I have held since October 1, 2021.

2. In my role as a Planning and Environmental Coordinator, I assembled the administrative record for the BLM Colorado June 2022 Competitive Oil and Gas Lease Sale which is currently being challenged in the above-referenced civil action.t

3. To the best of my knowledge and belief, the records described in the accompanying BLM Colorado index, as well as certain documents described on the BLM

1

Headquarters index and in the Declaration of Merry Gamper, include all evidence that was considered, either directly or indirectly, by the relevant decision-makers with respect to the challenged leasing decision. Each document identified on the BLM Colorado index is a true and correct copy of a record retained in the files of the BLM-Colorado State, district, and field offices.

4. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of December 2022, in Lakewood, Colorado.

KRISTIN ELOWE
Digitally signed by KRISTIN ELOWE
Date: 2022.12.15 09:55:09 -07'00'

Kristin Elowe
Planning and Environmental Coordinator
BLM Colorado State Office