# Exhibit 10

Certification of administrative record for BLM Montana/Dakotas June 2022 leasing decision

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL, et. al., <br><br> Plaintiffs, <br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants, <br><br> and <br><br> THE STATE OF NORTH DAKOTA *et al.* <br><br> Defendant-Intervenors. | Case No. 1:22-cv-01853-CRC |

**DECLARATION OF TESSA WALLACE**

I, Tessa Wallace, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Montana/Dakotas State Office as a Physical Scientist, a position that I have held since 2019.

2. In my role as a Physical Scientist, I was the project lead for the Montana/Dakotas BLM June 2022 Competitive Oil and Gas lease sale. In connection with those duties, I assembled the administrative record for the BLM Montana/Dakotas June 2022 Competitive Oil and Gas Lease Sale which is currently being challenged in the above-referenced civil action.

3. To the best of my knowledge and belief, the records described in the accompanying BLM Montana/Dakotas index as well as certain documents described on the BLM

1

2

Headquarters index and in the Declaration of Merry Gamper, include all evidence that was considered, either directly or indirectly, by the relevant decision-makers with respect to the challenged June 2022 leasing decision. Each document identified on the BLM Montana/Dakotas index is a true and correct copy of a record retained in the files of the BLM-Montana/Dakotas State, district, and field offices.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 14, 2022 in Great Falls, MT.

TESSA WALLACE
Digitally signed by TESSA WALLACE
Date: 2022.12.14 16:53:45 -07'00'

Tessa Wallace

2