# Exhibit 11

Certification of administrative record for BLM Wyoming June 2022 leasing decision

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>　　Federal Defendants,<br><br>and<br><br>THE STATE OF NORTH DAKOTA *et al.*<br><br>　　Defendant-Intervenors. | Case No. 1:22-cv-01853- CRC |

### DECLARATION OF ERIK E. NORELIUS

I, Erik E. Norelius, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Wyoming State Office, as a Natural Resource Specialist, Fluid Minerals Division, a position that I have held since January 31, 2019.

2. In my role as a Natural Resource Specialist, I assembled the administrative record for the BLM Wyoming June 2022 Competitive Oil and Gas Lease Sale which is currently being challenged in the above-referenced civil action.

3. To the best of my knowledge and belief, the records described in the accompanying BLM Wyoming index as well as certain documents described on the BLM Headquarters index and in the Declaration of Merry Gamper, include all evidence that was

1

considered, either directly or indirectly, by the relevant decision-makers with respect to the challenged leasing decision. Each document identified on the BLM Wyoming index is a true and correct copy of a record retained in the files of the BLM-Wyoming State, district, and field offices.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 15, 2022, in Cheyenne, Wyoming.

ERIK NORELIUS
Digitally signed by ERIK NORELIUS
Date: 2022.12.15 16:28:57 -07'00'

Erik E. Norelius