# Exhibit 12

Certification of administrative record for BLM New Mexico and Oklahoma June 2022 leasing decisions

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAKOTA RESOURCE COUNCIL, *et al.*

    Plaintiffs,

    v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*

    Defendants,

and

STATE OF NORTH DAKOTA, *et al.*

    Defendant-Intervenors.

Case No. 1:22-cv-01853-CRC

## **DECLARATION OF CATHERINE BREWSTER**

    I, CATHERINE BREWSTER, in accordance with the requirements of 28 U.S.C. § 1746, declare:

    1.    I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM) as a Natural Resource Specialist in the Santa Fe, New Mexico State Office, a position I have held since 2019.

    2.    In my role as a Natural Resource Specialist, I assembled the administrative record for the BLM New Mexico and Oklahoma June 2022 Competitive Oil and Gas Lease Sales which are currently being challenged in the above-referenced civil action.

    3.    To the best of my knowledge and belief, the records described in the accompanying BLM New Mexico and Oklahoma indexes, as well as certain documents

1

described on the BLM Headquarters index and in the Declaration of Merry Gamper, include all evidence that was considered, either directly or indirectly, by the relevant decision-makers with respect to the challenged leasing decisions. Each document identified on the BLM New Mexico and Oklahoma indexes is a true and correct copy of a record retained in the files of the BLM-New Mexico/Oklahoma State, district, and field offices.

4. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of December 2022, in Santa Fe, New Mexico.

CATHERINE BREWSTER
Digitally signed by CATHERINE BREWSTER
Date: 2022.12.15 14:00:22 -07'00'

Catherine Brewster
Natural Resource Specialist
BLM New Mexico State Office