# Exhibit 13

Certification of BLM Headquarters documents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA RESOURCE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> THE STATE OF NORTH DAKOTA <br><br> Defendant-Intervenors. | Case No. 1:22-CV-1853 |

### DECLARATION OF MERRY GAMPER

I, Merry Gamper, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Headquarters Office in Grand Junction, CO, as the Senior Litigation Specialist, Office of the Director, a position that I have held since May 24, 2020.

2. In my role as Senior Litigation Specialist, I coordinate cases in active litigation, prepare administrative records, and provide training to staff regarding litigation and administrative record production. In that role, I coordinated with BLM's State, district, and field offices as they prepared the administrative records for the June 2022 Competitive Oil and Gas Lease Sale leasing decisions challenged in this case. I also assembled the documents contained in the files of BLM's Headquarters office relevant to the June 2022 Competitive Oil and Gas Lease Sales held by BLM offices in New Mexico, Wyoming, Colorado, Montana/Dakotas, and

1

Nevada.3. The records described in the accompanying BLM Headquarters index are true and correct copies of documents retained in the files of that office relevant to the June 2022 competitive oil and gas lease sales in New Mexico, Wyoming, Colorado, Montana/Dakotas, and Nevada that are challenged in this case.

5. The foregoing is based upon my personal knowledge and records kept in the ordinary course of the Bureau of Land Management's business by knowledgeable individuals. If called upon, I could testify competently to the matters set forth above.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 15, 2022 in Grand Junction, CO.

MERRY GAMPER

Digitally signed by MERRY GAMPER
Date: 2022.12.15 17:10:53 -07'00'

Merry Gamper