AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dakota Resource Council, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-01853-CRC |
| U.S. Department of Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Wyoming.

Date:   01/27/2023

/s/ Shannon Leininger
*Attorney's signature*

Shannon Leininger, WSB #8-6932
*Printed name and bar number*

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
*Address*

shannon.leininger@wyo.gov
*E-mail address*

(307) 777-7895
*Telephone number*

(307) 777-3542
*FAX number*