UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAKOTA RESOURCE COUNCIL,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF INTERIOR,** *et al.*, <br><br> Defendants. | Case No. 22-cv-1853 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 53] Plaintiffs' Motion for Summary Judgment is DENIED;

**ORDERED** that [ECF No. 60] the Bureau's Cross-Motion for Summary Judgment is GRANTED;

**ORDERED** that [ECF No. 62] Western Energy Alliance's Cross-Motion for Summary Judgment is GRANTED;

**ORDERED** that [ECF No. 64] the State of North Dakota's Cross-Motion for Summary Judgment is GRANTED;

**ORDERED** that [ECF No. 66] the States of Montana, Oklahoma, Utah, and Wyoming's Cross-Motion for Summary Judgment is GRANTED; and

**ORDERED** that this case is dismissed.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:  March 22, 2024